# FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) Norman Glabr Shelton #45969-066
(Name of Plaintiff)      (Inmate Number)

U.S.P. Lewisburg P.o Box 1000, Lewisburg, Pa 17837
(Address)

(2) _____
(Name of Plaintiff)      (Inmate Number)

_____
(Address)

(Each named party must be numbered, and all names must be printed or typed)

vs.

(1) Warden Bledsoe

(2) A.W. Young

(3) Captain Trate
(Names of Defendants)

(Each named party must be numbered, and all names must be printed or typed)

4:11-CV-368
(Case Number)

CIVIL COMPLAINT

FILED
WILLIAMSPORT, PA
FEB 25 2011
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

TO BE FILED UNDER: ____ 42 U.S.C. § 1983 - STATE OFFICIALS
                    ✓ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

I filed a lawsuit in coleman II Florida. with the united states District court middle district of Florida. case no. 5:10-cv-344-or-~~225~~ TGW. Assault by officer R.Rohrs. 5-24-2009.

1

(Continue page for Defendant(s). In this Action):

1.) L.T. Scampoone
2.) L.T. Edenger
3.) A.W. Hudson
4.) L.T. Harper
5.) L.T. Hepner
6.) L.T. Johnson
7.) C/O Zeider
8.) C/O Grenot
9.) C/O Hummer
10.) C/O ~~*****~~ C/O Whittaker
11.) C/O Wert
12.) C/O Hornburger
13.) C/O Stugard
14.) C/O Boff
15.) C/O Combee
16.) C/O Muffat
17.) C/O ~~Sharpm~~ Carpenter.
18.) A, Coordinator Ms. Nevil
19.) mailroom sup. Olsheskie
20.) Medical ladistic
21.) Francis Fasciana MLP.
22.) C/O Webb
23.) Berkoski case manager.
24.) C/O Vegh
25.) C/O Hamilton
26.) C/O Deitz
27.) case manager Hamilton

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? √ Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? √ Yes ___ No

C. If your answer to "B" is Yes:

1. What steps did you take? I filed a bp 8, bp 9 bp 10 bp 11 all the way to central office

2. What was the result? They stated it was being investigated.

D. If your answer to "B" is No, explain why not: ___

## III. DEFENDANTS

(1) Name of first defendant: R. Rohrs
Employed as Correctiona officer at Coleman USP, II
Mailing address: Coleman USP II P.O. Box

(2) Name of second defendant: et al
Employed as ___ at ___
Mailing address: ___

(3) Name of third defendant: ___
Employed as ___ at ___
Mailing address: ___

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. Violation of first and eighth amendment Rights.

2

2. (see complaint page 3)

3.

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Compensatory Damages of $20,000 (Joint)

2. Punitive Damages of $ ~~500,000~~ 500,000 as to defendant S.I.S. L.T. Heath, S.I.A. perrin warden Bledsoe A.W. Hodson, captain trate C/o Hamilton case manager Hamilton C/o Brenot

3.

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __22__ day of __February__, 20 _11_.

_____
(Signature of Plaintiff)

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Norman Wabir Shelton

(Enter above the full name of
plaintiff in this action)

v.

Warden Bledsoe

S.I.A. Perrin

S.I.S. Lt. Heath

Captain Trate

(Enter above the full name of
the defendant(s) in this action)

CIVIL CASE NO: _____

(to be supplied by Clerk
of the District Court)

## COMPLAINT

1. The plaintiff __Norman Wabir Shelton__ a citizen of the County of __Lewisburg   Pa__ State of Pennsylvania, residing at __U.S.P. Lewisburg__ wishes to file a complaint under __The first and eighth Amendment__
(give Title No. etc.)

2. The defendant is __Warden Bledsoe, S.I.A. Perrin, S.I.S. Lt. Heath, Captain Trate, Unitmanager Brewer, counselor struck, Lt. scampoone, Lt. sasseman, Lt. Edgenger, & A.W. Young__

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) _____

3. (CONTINUED) On 8-29-10 I was forced into a cell with a gang member from the "Bloods." We both told the officer's that it would not work out between us, Because I am a muslim. "They stated this is not a holiday inn. And pushed me in the cell The officer who pushed me was C/O Whittacker that incident was on 8-27-10 - 8-29-10 is when The officer's told us cell routaion I grabbed my paper and pen. "They told me to cuff up I did. once I had my handcuff behind my

4. WHEREFORE, plaintiff prays that the blood gang member started punching and kicking me to the face and body. The S.I.S. LiT. Heath and (7) officer's stood outside the cell and watched for a Whole three minutes without giving the inmate and order to stop. "once he stoped after they had enough. LiT. Heath and all (7) of the officer's sto rushed me to the floor after shooting me in the face with gas.

Norman Udex Skelton
(Signature of Plaintiff)

* The Fourteenth amendment, Provides all individuals, including prisoner, with "Equal protection" under the law, which means government officials cannot make special rules against one race of people. By treating them differently, and poorly and discriminate against them because they are blackman.

* The protection of the eighth amendment against "cruel and unusual punishment including brutality and inhuman practice.

* The government official here at Lewisburg Pa, s.m.u. program, under the command and rules of warden Bledsoe, Captain Trate, A.W. young S.I.S L.T. Heath, S.I.A. Perrin, L.T. Galletta, L.T. Edender, L.T. Hooper, L.T. Brouse L.T. Hepner L.T. Shapone.
Have used corporal punishment against the blackman for the following reasons, ① hunger stricke, ② not taking a enemy as a cellie, ③ filing grievance, on staff, ④ not following a prison rule that would cause you harm, ⑤ Being Black. The supreme court have bann the use of force and corporal punishment to be applied on any group or people.

This order have been specified and directed towards African American Blackman, on a regular basis, which shows their malicious and sadistic adverse action which is consistent with their negligents and deliberate indifferent towards the African American Blackman in this s.m.u. program. The ideas and events combine illustrates the government officials discrimination against African American Blackman in general. are racially motivated

Note: General principles governing imprisonment. The part includes two standards The first setting forth principles applicable to imprisonment generally and the second clarifying that prisoners have certain entitlements. government official owes prisoners a duty of care, "meaning" No prisoner should be subjected to cruel, inhuman or degrading treatment by government officials. The lack of understanding a different race of people dose not justify treatment or placing prisoner of a different race in a unhealthy condit conditions that infringe upon prisoner human rights

Note: The imposition of cruel and unusual punishment is unconstitutional conditions of incarceration. I was subjected to punitive, excessive, unnecessary force and from abuse I was not protected from government officials discrimination or their harassment. The conditions I was place in was conducive to maintaining healthy relationship with the government officials who have authority over me here in S.M.U. program. Under no circumstances should sanctions include. corporal punishment nor the use of restraints such as handcuffs, chains, irons, straight jackets or restraint chair, or any form of cruel, inhuman, or degrading treatment. only black males here at S.M.U. program are subjected to the prohibited criminal act of corporal punishment, being placed in chains handcuffs for not taking a cellie or retaliation for filing grievance. I was also deprived of water, lights and sleep runs afoul of the Eighth amendment See) Hope V. Pelzer, 122 s.ct. 2508 (2002) and Jackson, vs Bishop, 404. f.2d. 571 (8th cir. 1968)(Blackmun J).

The U.N. Convention Against Torture. Unnecessary pain that precedent clearly prohibits. U.N. standards are aim to avoid summary corporal punishment. The court held that physical abuses against inmates create constitutional liability, only where the force is applied, maliciously and sadistically for the very purpose of causing harm, rather then in good faith to restore discipline.

look on the back. →

(5)

\* Note force should not be used against prisoners except for self defense. To protect and ensure the safety of staff, prisoners, and other parties and To prevent serious property damage, or to prevent escape. Under no circumstances should force be used on prisoners to gratuitously inflict physical or mental pain or suffering. To punish for going on hunger stricke or not taking your enemy in your cell, white inmates are never put in handcuffs and chains made to suffer, like the blacks are. past or present conduct or to deter from future conduct and to intimida

(4) force should "not" be used simply to enforce an institutional rule unless the The officials here at the s.m.u. program have been trying to discourage me from seeking protection from harm from their hands by putting me in handcuffs and leg irons that was so tight I have never deamage in my left hand and right hand. And the belly chain was so tight it hurt to breath. The video cameras should be looked at. I didnt receive no notification of why I was being placed in hand and ankle chain restraints, they a for two days stright? They gave me no answer to why or the reason. There was no risk of harm tows directed towards staff or inmates, so force should not be used once the risk that justified it has passed.

I didnt receive no medical report by medical of the injurys I received from the tightness of the handcuff and ankle chains and belly chain.

a investigation should be conducted by the F.B.I, with no presumption an of the truthfulness or falsity of statements and reports by staff.

Inmate Name: Norman N. Shelton
Register Number: 45969-066
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

2-23-2011

Atn: Legal Mail.

FILED
WILLIAMSPORT
FEB 25 2011
PER _____
     DEPUTY CLERK

U.S. District Courthouse
The Federal Building
240 West Third Street
Suite 218
Williamsport Pa. 17701