United States District Court
Middle District of Pennsylvania

Norman N. Shelton,
            Plaintiff

vs.

Warden Bledsoe
            defendant et. al.

Civil No. 4:CV-11-0368

FILED
SCRANTON

MAR 22 2011

PER _____ /s/ _____
        DEPUTY CLERK

Dear. D'andrea,
Clerk of Courts

"May I depend upon you to use your professional acute knowledge and address the following?

1.) I've mailed this honorable court my application to proceed in forma pauperis along with a computer printout of my account of the last 6 months, and a motion to appoint counsel. Did you receive it?

2.) I have also mailed you two envelop with Affidavits enclosed in them from eye witness who saw when C/O Hamilton C/O Ditz C/O Whittaker C/O Vegh C/O Trape of the assault team slam my face on the floor with my hands cuffed behind my back. Did you receive that to?

3.) The reason I ask the above is because I have not receive anything from your office since march 3,11. "The above named officer keep threating me to drop this suite. They stated to my face to-day this is their last warnning! I fear for my life. "These people have thrown away my legal mail before. "And stoped me from answering the court's because I am indigent and the counselor only give me (5) five stamps for the whole month. I have to draw pictures to get extra stamps. I had to draw to seen this out to you, could you ask the judge to move me before they try and kill me again?
                                                             → over →

"Ms. Dandrea. If I get hurt badly please see that the above names are held accountable for it, not only did they threaten me, They have assaulted me to. you could come up here and take pictures of the belly chain marks still on my body. They wont take pictures for me, I should them to the warden and A.W. Hudson A.W. young and captain trate as proof that they had the restraints on me so tight that it cut off my blood circulation for two whole days.

# Certificate of Service

I Norman Nabir Shelton, mailed Notice of Request to the United States District court for the middle district of Penn, by given it to government official to mail. and sign.

To: United Stated District court
middle district of pennsylvania
William J. Nealon Federal BLDG. U.S. Courthouse,
235 North washington Ave
P.O. Box 1148
Scranton, Pa. 18501-1148

(Please Respond)

Inmate Name: Norman Shelton RDC
Register Number: 45969-066  3/20/11
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

"Legal mail"

United States District Court
middle District of pennsylvania
william J. Nealon federal Bldg. U.S. courthouse
235 North washington Ave.
P.O. Box 1148
Scranton, Pa. 18501-1148

RECEIVED
SCRANTON
MAR 2 2 2011
per MARY E. D'ANDREA, CLERK
DEPUTY CLERK