To: Regional Director (Notice of Complaint)
Mr. Norwood                and Affidavit

Sir: "May I depend upon you to use your acute professional knowledge and addressing the following complaint?

1.) On 3-17-11 unit manager Adami came to my cell to give my cellie some legal mail. "The case manager Cotterall just told me she had legal mail for me in my cellies," I confronted her about not doing her job by refusing to answer my (Notice of Request). She stated something negitive I could not make it out because she walked way from my door upset. "Adami stated Shelton you are a lyér a nigger and a peice of shit. And if I ever see you on the streets I would blow your head off. Then he smiled. and stated its a lot of inmates that want to hurt you about whats in your file, should I say it out laud so everyone on this rang could hear me?

2.) "If you ever bad mouth my case manager again I will let everyone have a printout copy of your sick paper work and you know what will happen to you then dont you? Then he walked off.

3.) Adami, "Illustrated by his own omission inappropreate statements, racial discrimination, slander and threat, He have abused his position by given false impression of actully addressing [p]etitioners needs and concerns on a professional level. Adami donot [u]phold the ethical rules governing his profession including complying [w]ith the applical licensing authority. Program Statement 3420.09 [S]tandards of Employee Conduct. states staff members must [c]onduct themselves in a manner that creates and maintains [r]aer

continue. "Respect for the Bureau of Prisons. Adami failure to follow the regulation or the policy should result inappropriate disciplinary actions up (to) and including removeal. He should be suspended for (75) working days without pay. And then removed from job. He is in my law suite and he is retaliating against me by stating I will not be allowed a legal call and he informed Cotterall my case manager not to give me one after I showed him and her my legal papers from the courts.

He adami also stated he will have the assault team search my cell three times a week. And Harass me. I Believe its time for the unit manager to chang block move adami from B Block Change him out with Z-Block unit manager. Once I win my law suite I will have criminal charges filed against Adami, and cotterall. They stated that they are not going to put in my paper work on my (24) failure to program. I asked for my Docket number to my detainer C/m cotterall strigh out Refuse to give it to me. stated that I said I hate her.

     please respond, and transfer me to another S.M.U. because I fear for my life the courts of the middle district will receive a copy of this to be placed in my file! with my law suite.

p.s.
I gave a forseeable risk of harm to the s.I.s. Heath and s.I.A. perrin and they still have not moved me to different s.m.u.program because my life is in danger!

Submitted
Norman Nabir Shelton
45969-066 - 3-17-11.
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg, Pa. 17837

Date: 03/14/2011
Time: 9:50:18 AM

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: LEW

**Start Date:** 06/14/2010
**End Date:** 03/14/2011
**Inmate Reg#:** 45969066
**Account Status:** All
**Institution:** All

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg #: | 45969066 | Living Quarter: | B03-327U |
| Inmate Name: | SHELTON, NORMAN | Arrived From: | COA |
| Current Site Name: | Lewisburg USP | Transferred To: | |
| Housing Unit: | LEW-B-A | Account Creation Date: | 9/12/2001 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| LEW | 11/16/2010 01:25:22 PM | | | 59 | Sales | $0.00 | | $0.07 |
| | **Total Transactions:** | **1** | | | **Totals:** | **$0.00** | **$0.00** | |

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| LEW | $0.00 | $0.00 | $0.07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.07 |
| **Totals:** | **$0.00** | **$0.00** | **$0.07** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.07** |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max. Balance -Prev. 30 Days | Average Balance- Prev. 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.07 | $0.07 | $0.07 | N/A | N/A |

Inmate Name: Jerman Shelton
Register Number: 45969-066
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

"Legal Mail"

3-17-11
3cv

HARRISBURG PA 171
21 MAR 2011 PM

United States District
Middle district OP pennsylvania
william j nealon federal BLDG. U.S. Courthouse
235 North washington Avenue
P.O. BOX 1148
Scranton Pa 18501-1148

MARY E. D'ANDREA, CLERK
MAR 2 2 2011
RECEIVED
SCRANTON