United States District Court for the
Middle District of pennsylvania

Norman N. Shelton,
        Plaintiff

            vs.

Warden Bledsoe, et al.

No. 4:CV-11-0368

FILED
WILLIAMSPORT, PA
APR 0 8 2011
MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk

(prospective Relief)

Nowcomes Norman N. Shelton, pro se fashion making a plea to honorable judge Muir for protection from the government officials of this s.m.u. institution Lewisburg. "your honorable Muir I plea with you to send some of your court investigater's here as soon as possible to take pictures of my wounds. "I have been beat up by two L.T.'s L.T. Wattenly L.T. Scampoone. Its have been a pattern of brutality, and Inadequate medical care they refuse to give me a medical assessment S.I.S. Lt. Tkbath Refuse to take pictures of me, Because I was going to send them to you, so you could see with your own two eyes, All the injurys that I have.

"They had a % Grenot who is on my law suite lie on a incident report stating I throw my razor at her hiting her leg. I droped my razor on the wicke it never touched her.

"She stated if you dont take my name and my sister name off your suite we will continue to write you up on 200 serious shots to push your release date back.

"I asked her how did she know that her and Her sister was on the list of defendant's, She stated we read your legal paper I told her thats against the law. she stated we are the law here. "Then the assault team came in the showers and put the handcoffs on me so tight tear fell from my eyes.

1.) "your Honorabl judge Muir." Please help me, I fear for my life. The swelling in my face is going down because They had me in a holding cell outside the veiw of cameras hand-cuffed while two femal officers held ice to my face, hand. and lip. for about an hour, Then the next shift of female office did the same thing.

2.) your Honorable judge Muir." Please just send some one with a camera, my face and body is all the proof one would need to see the unconstitutional brutality and punishment and Violation of the eighth amendment done to me. L.T. Mattenly came in 126 D.Block cell while I was in restraints, I did not fight with no inmate. I didnot throw nothing at a officer. they put me in restraints because of the law soite I have pending. They are all related up here. Brother's sister's mothers and fathers. so there is no one to point fingers of the cruel unjust violence, harassment and discomfort I have had done to me.

3.) L.T. Mattenly Stated you want me to loosen your hand cuffs up? they look real tight on your wrist. "I moved my head up and down because I was suffering from all the pain L.T. Mattenly looked at C/o Craley and smiled. L.T. Mattenly unlocked my handcuffs then squeezed them all the way to the bone of my wrist. I yelled out. And L.T. Mattenly stated nigger we are not playing no more games with you. The warden Bledsoe gave us the green light on you to stop you with this law soite. "you are going to write the courts in tell them you had a change of mind or something but you want to drop it. do you understand? Tears were falling from my eyes. All I could do was move my head up and down. I never felt pain like that in my life.

4.) your honorable judge Muir. "While ~~I~~ was in restraints And after L.T. Mattenly left my cell. Their only purpose was to make me suffer a great amount of pain. The administrative individuals A.W. Hudson Captain ~~Trate~~ L.T. Scampoone L.T. Matten L.T. sassessmen C/o Vegh C/o Hamilton C/o ~~Dizt~~ Ditz C/o Cookie ~~C/o Trap~~ C/o Trap. By their own omission shows that the regulation is not reasonably related to a legitimate goale, ~~I ts~~ just to cause discomfort, pain, and suffering. (Racially Motivated.) "And it is overly restrictive to those who use the administrative process to chang the bad conditions and treatment of prisoner Their action exaggerate the response to the real concern.

5.) your Honorable judge Muir, "~~I~~ have actual imminent injurys and the only prevention I need to stay alive is to be moved from this institution as soon as possible. your Honor let me show you that ~~I~~ am not lying to you send some one with a camera. and soon so you could see for your self. they turned my lawyer away monday told her a bunch of lies. stated she could not see me. I will ask her to write you and tell you what they said to her. "please Mr. Muir Help me to get away from here before one of them kill me. I am sending you some of my Bandages so you can see ~~I~~ am telling you the truth. They wont take pictures, they wont give me any medical they just gave me bandages.

The above statements are true and correct to the very best of my knowledge and understanding.        Submitted

Norman U. Shelton #45969-06
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg Pa. 17837

your honor Muir. They had me in restraints for (2) days. without tolet paper unclean cell, And I was bleeding all through the night. "I'm sending you one of my bloody bandage to show you I'm not lying these people are trying to kill me. I dont want to go back in restraints I could not handle it. "again." please forgive me for sending you this bloody bandage but its my proof to what they have done to me please send your investigat with a camera you wont believe your eyes once you see the pictures of my body. What they did to me. They beat me up and the warden knew about it. Thats what L.T. Wattenly stated.

(Please Hurray)

Send someone this week please?
(my evidence)
↓

Norman A. Shelton.
45-969-066-4-6-11
Evidence ↓
→

my Blood From my lip. Were L.T. scamp - cone punched me in the mouth.



Norman A. Shelton
aber: 45969-066
Penitentiary  D.F.
0
A 17837  4-6-11

HARRISBURG PA 171

APR 07 2011  07 APR 2011 PM 3 T



Office of the Clerk
United States District Court
middle District of Pennsylvania
U.S. court house, Suite 218
240 west third street
williamsport pa 17701-6400

Le Mail

17701186460

|ₗₗₗᵢₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗₗ|