United States District Court for the
Middle District of Pennsylvania

FILED
WILLIAMSPORT
APR 19 2011

Norman N. Shelton, plaintiff

vs.

Warden Bledsoe, defendant.

No. 4:CV-11-0368

PER ____ DEPUTY CLERK

Complaint filed 2/25/11

## Preliminary Injunctions
## Federal Rules of Civil Procedure Rule 65(a)

1. Now comes Norman N Shelton, pro se fashion declare under penalty of perjury that the foregoing is true and correct.

2. Honorable judge Muir. It is the role of the court to provide relief to claimant in individual who have suffered or will imminently suffer actual harm. "Lewis v. Casey 518 U.S. 343, 349 (1996). Honorable judge Muir in your determining whether I am adversely affected by the conditions of cruel and unusual punishment. I am.

3. And have been subjected to serious injurys by staff for they have failed to train them in an appropriate professional manner my rights of access have been threatening me trying to discourage me from continuing my suite. I have suffered a concrete injurys brought about by the officials failure to provide assistance and have been harassed.

4. Plaintiff principle of respect is inconsistent of dignity of all persons derogatory comments unequal enforcement of rules against plaintiff and racial retaliation. "your honorable judge I ask for this injunction because I've been assaulted in attacked by LT. Mattely and LT. Scampoone, I have been receiving falusifed incident report %-- Grenot out of retaliation of having her in my suite, she stated she will take all my good time from me, unit manager adami refusel to allow me review my central files. and case manger cotterall refuse to allow me to see my -7

5. docket number stated that she donot have access to my docket number to my detainer. They have been reckless and callous indifference towards me. They knew my handcuffs were cutting of the blood circulation and my wrist. and did nothing about it. I fear other staff will be acting illegally towards me if I dont be moved in the future.

6. your honor please grant me this injunction from all the named defendants I have listed, please.

I declar under penalty of perjury that the above is true and correct.

## Certificate of service

I mailed the motion to united states District court middle District of pennsylvania. U.S. courthouse suite 218 240 West theird street williamsport pa. 17701-6468.

Date, 4-13-11

submitted
Norman Shelter
U.S.P. Lewisburg
po Box 1000
Lewisburg Pa. 17857



Inmate Name: Norman W. Shelton
Register Number: 45969-066
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

4/13/11

Legal Mail

Office of the Clerk
United States District Court
Middle District of Pennsylvania
U.S. Courthouse Suite 218
240 West Third Street
Williamsport, PA. 17701-6460