United States District Court
for the
Middle District of Pennsylvania

Norman N. Shelton
    Plaintiff.

v.

Warden Bledsoe et. al
    defendant

Case Number: 4:11-CV-368

**FILED**
**WILLIAMSPORT**

APR 28 2011

PER _____
DEPUTY CLERK

Motion for Reconsideration and Reargument, under local Rule 7.10

Now comes Plaintiff Norman N. Shelton, In this case pro-se fashion regarding his brief that was suppose to be filed within 14-days after filing his complaint, transcripts and other documents.

1. Plaintiff complyed with local rule 7.5. However Plaintiff was placed on property restriction out of retaliation for filing grievance and law suite on staff here at Lewisburg. "And then was placed in restraints for two days. And was attack and assaulted by two Lt. L.T. Scampoone L.T. Mattenly. After the assault and was released from restraints plaintiff filed a Brief to this honorable court. Plaintiff did not have postage to mail out the motion. "gave" it to counselor Rank to mail out to the court. He placed 42¢ stamps on it.

2. Plaintiff's Legal mail came back twice an it was in a different envelop from the one plaintiff placed it in. "Plaintiff in no way would deem to withdraw his complaint. After Plaintiff first an eighth amendment rights were violated by officials. Plaintiff entrusted the authority who have power over him to mail out his legal mail. Plaintiff was not at fault with any delays.

3. Plaintiff never received a date when defendants would be served a copy of the summons. Nor did warden Bledsoe inform plaintiff of any discovery proceeding when asked. Plaintiff contend that he is unaware of any judgement made by the court. In this case. And admittes the above is genuine and true. Plaintiff mailed this honorable court proof to be use in his case, bloody bandage and two lawyer's who came to see plaintiff on 4-7-11 will provide the court with actual knowledge of my wounds on that day, to show the court plaintiff is telling the truth.

4. Plaintiff moves this honorable court to implace a injuction on the officials here, I have been harassed, assault, threaten, placed in restraints. out of retaliation for this law suite. Plaintiff prays that this honorable court grants plaintiff counsel because Plaintiff complaint do have genuine issues, facts as to the materal facts stated in plaintiff's complaint in which he should be entitled to a fair and equal judgment as a matter of Law. "See" [ Boomer v. Lanigan, No. 00-Civ-5540 (DLC) 2002 WL 31413804 (S.D.N.Y.), oct 25, 2002.   (And also see) " " "  Cruz v. Beto 405-U.S. 319, 322 (1972) Conley v. Gibson, 355 U.S. 41, 45, 46, (1957)

5. Plaintiff was and is fully aware that nothing shall be construed to limit the authority of this honorable Court to expiration of prescribed filing time. Plaintiff have adopted to the Courts Local Rules. And by no means would liquidat his claimes by his own omission. (see) Trop v. Dulles) 356, U.S. 86, 78, S.ct 590, 598 (1958),

(2)

Conclusion.

The warden Bledsoe refuse to move plaintiff to a less harsh and cruel unlawful atmosphere. The officials here continue to harass and threaten plaintiff and file false incident reports on plaintiff out of retaliation Plaintiff request of this honorable Court to have plaintiff moved from this institution for fear of any more assaults from these officials it should not be denied.

Certificate of Service

I Charman M. Shelton Do state the following to be true and correct to the best of my understanding that, plaintiff in the above case mailed motion for Reconsideration or Reargument. To the following address.

To:
United States District Court
for the
Middle District of Pennsylvania
U.S. Courthouse, Suite 218
240 West Third Street
Williamsport, Pa. 17701

Dated
4-27-11

Dear Clerk of Courts.

May I depend upon you to use your acute professional knowledge and place your undivided attention on the following request?

1.) Could you please send me a copy of my Docket Sheet?

2.) Did you receive my motion for removeal. from this institution? and injuction

Respond.

(Dated 4-27-11)

Norman U. Shelton
# 45969-066
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg Pa. 17837

