United States District Court
for the
Middle District of Pennsylvania

Norman N. Shelton
 Plaintiff

v.

Warden Bledsoe, et al
 defendants

Case No. 4:11-CV-368

FILED
WILLIAMSPORT
MAY 5 2011
PER _____ DEPUTY CLERK

Motion for Appointment of Counsel
Pursuant to 28 U.S.C. 1915 (e)(1)

Now comes, plaintiff Norman N. Shelton, pro-se fashion in the above case. [see]. Parham v. Johnson, 126 F. 3d 454, 461 (3d cir. 1997). Court of Appeals stated that "where" a plaintiff's case appears to have merit and most of the aforementioned factors have been met. Courts should make every attempt to obtain counsel.

1.) Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis. Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex with so many defendants, and will require significant research and investigation. Plaintiff has limited access to the law library and limited knowledge of the law.

2.) A trial in this case will likely involve conflicting testimony and counsel would better enable plaintiff to present evidence and cross examine witnesses. Plaintiff has made repeated efforts to obtain a lawyer. Wherefore plaintiff request that the court appoint " " " "Angus Love" Attorney at Law. 718 Arch st suite 301.S. Phila. pa. 19106.

Dated 5-1-11
Norman N. Shelton #45969-066
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg Pa. 17837.



HARRISBURG PA 171
03 MAY 2011 PM 4 L

United States District Court
for the
Middle District of Pennsylvania
U.S. courthouse, Suite 218
240 West third Street
Williamsport, Pa. 17701

Inmate Name: Norman A. Shelton
Register Number: 45969-066
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

FILED
WILLIAMSPORT
MAY 5 2011
PER _____
DEPUTY CLERK

Legal Mail