United States District Court
for the
Middle District of Pennsylvania

Norman N. Shelton,
   Plaintiff

v.                                    Case No. 4:11-cv-368

Warden Bledsoe, et al
   Defendants

## Declaration for Entry of Default

Now comes Norman N. Shelton, plaintiff, pro-se fashion. Hereby declares: I am the plaintiff herein. The complaint herein was filled on the 2/25/2011.

1.) The court files and record herein show that the defendants were served by the United States Marshal with a copy of summons, and a copy of the plaintiff's complaint on the 3/25/2011 of service.

2.) More than 20 days have elapsed since the date on which the defendants herein were served with summons and a copy of plaintiffs complaints, excluding the date thereof. The defendants have failed to answer or otherwise defend as to plaintiffs. complaint or serve a copy of any answer or any defense which it might have, had upon affiant or any other plaintiff herein.

Defendants are not in the military service and are not infants or incompetents. "I declare under penalty of perjury that the foregoing is true and correct. Executed at. U.S.P. Lewisburg. P.O. Box 1000, Lewisburg Pa. 17837 (Dated 5-3-11).

Norman Nabir Shelton
#45969-066.

# CERTIFICATE OF SERVICE

I, _Norman N. Shelton_, hereby certify that I have served a true and correct copy of the foregoing:

Briefing the Motions ,,,, under local rule (7.5)

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, <u>Houston vs. Lack</u>, 101 L.Ed.2d 245 (1988), upon the court and parties to litigation and/or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

United States District Court
for the
Middle district of Pennsylvania
U.S. courthouse Suite 218
240 west third street → Williamsport, Pa. 17701

and deposited same in the United States Postal Mail at the United States Penitentiary,

Signed on this _Tuesday_ day of _5/3/11_,

Respectfully Submitted,

_Norman Nalix Shelton_

REG. NO. _45969-066_



Inmate Name: Norman W. Shelton
Register Number: 45969-066
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

Legal Mail

NWS 5-3-11

United States District Court
For the
Middle District of Pennsylvania
U.S. Courthouse, Suite 218
240 West Third Street
Williamsport, Pa. 17701

HARRISBURG PA 171
04 MAY 2011 PM 4 L

FILED
WILLIAMSPORT
MAY 5 2011
_____ DEPUTY CLERK

1770136460