Case 4:11-cv-00368-WJN -DB   Document 25   Filed 05/12/11   Page 1 of 2

FILED
WILLIAMSPORT, PA
MAY 12 2011
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

United States District Court
Middle District of Pennsylvania

Norman N. Shelton
   Plaintiff

  V.

Warden Bledsoe et. al

Case No. # 4:11-CV-00368 WJN. DB

## Motion to Correct Amend Complaint

Nowcomes, Norman N. Shelton, plaintiff herein the above case, pro-se fashion, Requested this honorable court to be allowed to Amend his complaint. Under rules 15 (a) and 19 (a) Fed. R. Civ. P

1.) plaintiff made an error concerning c/o Hummer. plaintiff **do not want** c/o Hummer **removed from complaint or this suite.** She was named in the original complaint and plaintiff wish to keep her name on the list of defendants. As well as psychology Ms. **Mink**. and medical **Potter** who falsified medical documents to cover up the s.m.u. officials who attacked in assaulted plaintiff. **Remove case manager Hamilton.** Thank you.

2.) Plaintiff pray that this honorable court and the clerk of courts forgive plaintiff's error and make the right changes to the defendants of this case.

## Certificat of Service

I declare under penalty of perjury that the foregoing is true and correct to the best of my understanding. plaintiff mailed Motion to correct Amend complaint.

To.
United States District Court
Middle District of Pennsylvania
U.S. Courthouse, Suite 218
240 West Third Street
Williamsport, Pa. 17701-6460

From, submitted
Norman N. Shelton  #45696-066
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg Pa. 17837

