United States District Court for the
Middle District of Pennsylvania

FILED
WILLIAMSPORT
MAY 18 2011
PER _____
DEPUTY CLERK

Norman N. Shelton
  Plaintiff

V.

Warden Bledsoe et. al

Case No. 4:11-cv-00368 MM

## Plaintiff First Set of Interrogatories To Defendants.

Now comes, Norman N. Shelton, plaintiff pro-se fashion in the above case.

1.) In accordance with Rule 33 of the Federal Rules of Civil procedure Plaintiff requests that defendants "Warden Bledsoe", et al. Answer the following interrogatories under oath and that the answers be signed by the person making them and be served on plaintiff within 30 days of service of these interrogatories.

2.) If you cannot answer the following interrogatories in full after exercing due diligence to secure the information to do so, so state and answer to the extent possible, specifying your inability to answer the remainder and stating whatever information or knowledge you have concerning the unanswered portions.

3.) These interrogatories shall be deemed continuing so as to require supplemental answers as new and different information materializes.

Question:

A.) Specifie how long you worked for the B.O.P.?

b.) Where are you assigned?

c.) What are you duties?

D.) What do you remember of the incident on August 30, 2009?

E.) What do you remember telling plaintiff after the incident on August 30, 2009?

F.) What did you write down about the incident on August 30.09?

G.) Have you ever been disciplined for un-professional conduct?

H.) What do you remember of the incident on Nov. 27, 2009?

I.) What did you write down about the incident on Nov. 27, 2009?

J.) I would like a copy from you of the request I made about not being placed around African American because the word was my life was in danger?

K.) I would also like a copy of the forseeable risk of harm listing all my enemys The "Bloods" "Crips", "DC inmates" "B/D's" that I handed you two days after the incident on August (30)09.

L.) I would also like a copy of the administrative remedys in-which I Requested to be placed in protected custody?

M.) I would like a copy of the request about the brutality that I received from your C/O® and the fabricated lies made by your L.T.® to place me in restraints, out of retaliation.

N. "Why did you keep allowing your officer's to place me in non-muslim cell after I requested to be celled with only muslims?

②

O.) Identify and attach a copy of any and all documents relating to prison medical center staff training and education.

P.) Identify and attach a copy of any and all photos, documents showing who was on duty on incident August 30, 2009. and those how a was on duty on Nov. 27. 09.

Q.) plaintiff as for production of those items under rule 34 of the federal rules of civil procedure.

"I declare under penalty of perjury that the foregoing is true and correct.

Submitted
Norman N. Shelton

Certificat of service

I state the following is true and correct to the best of my knowledge and understanding. That I placed the enclosed motions in the mailbox to be mailed to the following.

United States District Court
middle district of pennsylvania
U.S. courthouse suite 218
240 west third street
williamsport pa 17701-6460

dated:
(5-16-11.)

(clerk of courts)
Please send me a copy of my docket sheet and the notice of add on defendants.
copy



Inmate Name: Norman Shelton
Register Number: 45969-066
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

Legal Mail

FILED
WILLIAMSPORT
MAY 18 2011
PER _____ DEPUTY CLERK

United States District Court
for the
Middle District of Pennsylvania
U.S. Courthouse suite 218
240 West Third St.
Williamsport, Pa. 17701-6460

HARRISBURG PA 171
17 MAY 2011 PM 1 T

17701$6460