United States District Court
for the
Middle District of Pennsylvania

FILED
WILLIAMSPORT
MAY 18 2011
PER _____ DEPUTY CLERK

Norman N. Shelton
　　Plaintiff
v.

Warden Bledsoe, et. al.
　　Defendant

Case No. 4:11-cv-00368

# Memoranda
## under LR 7.7.

Nowcomes Norman N. Shelton, plaintiff pro-se fashion in the above case.

Backround.

1.) Filed an preliminary injunction against defendants retaliatory conduct towards plaintiff for filing a civil suite. To this honorable District court. However, defendant c/o Whittacker and counselor Edenger are obstructing denying plaintiff to receive his incoming legal mail and preventing plaintiff access to the court. Counselor Edenger refuse to give plaintiff his indigent stamps and batteries for this month. Stating until you take my name off your law suite you wont get nothing from me.

2.) The third circuit held that filing civil rights lawsuites against prison officials was protected activity under the constitutional right of access to the courts. (See) Id. at 134. in Castle v. Clymer 15 F. supp 2d 640 [Ed. pa. 1998) The District Court held S.C.I Dallas officials liable for the retaliatory prison transfer of a prisoner who made statements about prison conditions to the media. (Id at 665.) Other federal Courts have found similar constitutional violation, suggesting that retaliatory conduct is a far greater problem than State official concede. (See) Planters Life savers Co. 206 F.3d 271 (3d cir 2000). "Third circuit identified several factors relevant to a retaliatory inquiry." First evidence of temporal proximity. between those the exercise of the inconsistent reasons for the adverse action would likewise point towards a finding of Retaliatory motivation on the part of these officers named above.

3.) plaintiff would like the court to order the defendants to stop threaten plaintiff with restraints if I dont drop my suite. Plaintiff also would like this honorable court to order defendants to give plaintiff his indigent stamps, batteries, pens, like every one eles

4.) Defendant Edenger refuse to give plaintiff his stamps and batteries stating you are on my block now, and "If you dont take me off of your law suite you wont be getting nothing from me." your incoming legal mail will never touch your hands. Your Honor please have them move me off this Block please. Tell them to put me on G-Block or Z-Block but I got to get away from these criminals.
  (see) Goff v. Burton 91 F. 3d 1188, 1191. (8th cir 1996) prison officials liable for retaliatory prison transfer of prisoner who brought civil Rights action claiming overcrowded conditions.
  These officials illegal malicious sadistic adverse actions that are being derect towards me on a daily basies. Have me feeling hopeless as if I am ready to die, it just to much, I have not eaten in five days because I believe they are doing something to my food. They have not even put me down as hunger strike.

  The above is true and correct to my knowledge and understanding,

                                            Submitted
                                            Norman Naber Shelton
                                            45969-066
                                            U.S.P.L.
Dated. 5-16-11                              P.O. Box 1000
                                            Lewisburg Pa. 17837

P.S. on the list of defendants
I made an error. Its.
Counselor Edenger and C/O Edenger jr.
both should be on origional complaint.
please place C/O Edenger jr on the list of Defendants. (Thank you)

Inmate Name: Herman Shelton
Register Number: 45969-066
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

HARRISBURG PA 171

17 MAY 2011 PM 1 T

FILED
WILLIAMSPORT
MAY 18 2011
PER ___ /s/ DEPUTY CLERK

WN 5/16/

Legal Mail

United States District Court
for the
Middle District of Pennsylvania
U.S. Courthouse suite 218
240 West Third St.
Williamsport Pa. 17701-6460

17701$6460