United States District Court
for the
Middle District of Pennsylvania

FILED
WILLIAMSPORT
JUN 06 2011
PER _____ DEPUTY CLERK

Norman N. Shelton
   Plaintiff

vs.

Case No. 4:11-cv-00368

Warden Bledsoe et.al.

## Ameded Complaint
### Pursuant to Rules 15(a) and 19(a) Fed.R.Civ.P.

Nowcomes Norman N. Shelton, plaintiff pro-se fashion herein above case request leave to file an ameded complaint adding partys.

1.) The plaintiff in his original complaint named "L.T. Galletta, C/O Rogers, C/O Edenger (jr), C/O Crawley, medical Potter, p/a Hemphill, Case Manager Cotterall, psychology Mink, Unit manager Admir, & Raup. All the above names plaintiff would like U.S. marshal forms along with a copy of summos. To be served on the above names. Complaint was filed 3/25/11 And "Case manager" Neckels. as defendant. L.T. Tharp.

2.) More than 20 days have elapsed in above defendants have been harassing, bulling, threating and placing plaintiff in a un-just atmosphere, of Deliberate indifference and malicious sadistic advers action towards plaintiff. By their own omission they have been un-lawfully taking plaintiff's out going legal mail reading it and throwing it away. Counselor Edenger refuse to give plaintiff indigent stamps, batteries, and administrative remedys. and taking plaintiff out going legal mail.

3.) The Court should grant leave freely to amend a complaint Foman v. Davis, 371 U.S. 178, 182 (1962).

Date 5/27/11
Norman N. Shelton
#45969-066
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg Pa. 17837

Certificate of Service

I, Norman Nabir Shelton, "Declare under penalty of perjury that the foregoing is true and correct." I mailed the following motion to.

United States District Court
for the
Middle District of Pennsylvania
U.S. Courthouse suit 218
240 West Third st
Williamsport Pa. 17701-6460

Dated 5/27/11

Norman Nabir Shelton
#45969-066
USPL
P.O. Box 1000
Lewisburg Pa 17837



Inmate Name: Norman J. Shelton
Register Number: 45969-066
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

Legal Mail

United States District Court
for the
Middle District of Pennsylvania
Herman T. Schneebeli Federal Building & U.S. Courthouse 218
240 West Third St.
Williamsport, PA. 17701-6460

FILED
WILLIAMSPORT
JUN 06 2011
PER_____
DEPUTY CLERK

17701$460