United States District Court
for the
Middle District of Pennsylvania

FILED
WILLIAMSPORT
JUN 0 6 2011
PER _____
DEPUTY CLERK

Norman N. Shelton
       Plaintiff

VS.

Case No. 4:11-CV-00368

Warden Bledsoe et.al.

# Plaintiff's first set of innterrogatories To Defendants

1.) Nowcomes Norman N. Shelton plaintiff herein the above case pro-se fashion. In accordance with Rule 33 of the Federal Rules of Civil procedure. Plaintiff request that Defendant's Warden Bledsoe, et al answer the following interrogatories under oath, and that the answers be signed by the person making them and be served on plaintiff within #(30) days of service of these interrogatories.

2.) If you cannot answer the following interrogatories in full after exercising due diligence to secure the information to do so, so state and answer to the remainder and stating whatever information or knowledge you have concerning the unanswered portions. These interrogatories shall be deemed continuing so as to require supplemental answers as new and different information materializes.

### Question.

1.) How long have you been the warden at this institution?
2.) What are your assinged duties?
3.) What do you remember about the incident on August 30, 2009?
4.) What do you remember about the incident on Nov. 26, 2009?
5.) What did you write down about the August 30, and Nov. 26, 09 incidents or what reports did you file?
6.) Do you remember where the incidents took place?
7.) Do you know all the officer's who responded to the Body alarm?
8.) Do you know if they filed memos or other reports about that incident of Aug. 30, 09 and Nov. 26, 09?

Continue of questions.

9.) After plaintiff informed you by handing you a forseeable risk of harm of all his enemys including the Bloods, Crips, D.C. inmates, and 6/D®, why didn't you take steps to abate any more assaults on plaintiff?

10.) Why did you allow your officer's to keep placing non-muslim in plaintiff cell and rec cage?

11.) When plaintiff handed you a Notice of Request, Requesting that he donot want to a cell or rec with any African American because the word was his life was in danger you refuse to provide the safty to address his needs and concerns for his life, liberty, and property?

12.) Why did you allow your assault team to take plaintiff's propert for no other reason (but) to harass, bully out of retaliation?

13.) Why did you allow your L.T. Scampoone L.T. Johnson L.T. Sasseman L.T. Gelletta L.T. Mattenly to beat plaintiff up outside of the view of the cameras and place his restraint on so tight he could not breath or move?

Conclusion, "Identify and attach a copy of any and all documents relating to the August 30.09 and Nov. 26.09 incident along with medical file.

A). Identify and attach a copy of any and all documents showing who was on duty and responded to the incidents of Aug. 30.09 and Nov. 26.09?

Norman N. Shelton
#45969-066
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg Pa. 17837

Dated, 5-27-11

Certificate of Service

I Norman Nabir Shelton, declare under penalty of perjury that the foregoing is true and correct. I mailed the following motion to.

United States District Court
    for the
middle district of pennsylvania
U.S. courthouse suite 218
240 west third st.
  williamsport pa. 17701-6460

Dated 5-27-11.

Norman Nabir Shelton
#45969-066
USPL
P.O. Box 1000
Lewisburg Pa. 17837

Inmate Name: Norman W. Shelton
Register Number: 45969-066
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

Legal Mail

FILED
WILLIAMSPORT
JUN 06 2011
Michelle
DEPUTY CLERK

United States District Court
for the
Middle District of Pennsylvania
U.S. Courthouse 218
240 West Third St.
Williamsport, Pa. 17701-6460

