United States District Court
for the
Middle District of Pennsylvania

FILED
WILLIAMSPORT
JUN 0 6 2011
PER CH
DEPUTY CLERK

Norman N. Shelton
    Plaintiff
VS.

Case No. 4:11-CV-00368 WJN-DB

Warden Bledsoe et al

## Declaration for Entry of Default

1.) Nowcomes Norman Nabir Shelton plaintiff herein above case pro-se fashion. The complaint was filed on 2-25-11. The court files and record herein show that the defendants were served by the United States Marshal with a copy of summons, and a copy of the plaintiff's complaint on the 3/25/11.

2.) More than 20 days have elapsed since the date on which the defendants herein were served with summons and a copy of plaintiff's complaint, excluding the date thereof. The defendants have failed to answer or do otherwise defend as to plaintiff's complaint, or serve a copy of any answer or any defense which it might have had upon affiant or any other plaintiff herein. Defendants are not in the military service and are not infants or incompetents.

3.) I declare under penalty of perjury that the foregoing is true and correct. Executed at Lewisburg s.m.u. program, P.O. Box 1000 Lewisburg Pa. 17837

Norman Nabir Shelton
#45969-066  = 5-27-11
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg Pa. 17837

## Certificate of Service

I Norman Habir Shelton, plaintiff, declare under penalty of perjury that the foregoing is true and correct. I mailed the following motions of Declaration for Entry of Default, and Amended Complaint.

To:
    United States District Court
    for the
    Middle District of Pennsylvania
    U.S. Courthouse suite 218
    240 West Third Street
    Williamsport, Pa. 17701-6460.

Attn. Clerk of Court,
    would you please send me a docket sheet of every thing I filed?

    I've mailed this honorable Court over (9) different motions along with three briefs. I received no disposition. I believe Counselor Edenger is throwing away my out going legal mail after he reads it.

Certificate of Service

I Norman W. Shelton, plaintiff Declare under penalty of perjury that the foregoing is true and correct. I mailed the following motions to.

United States District Court
for the
middle District of pennsylvania.
U.S. courthouse suite 218
240 west third st
williamsport pa. 17701-6460

Norman Waber Shelton
#45964066 -5-27-11
U.S.P.L
P.O.Box 1000
Lewisburg Pa. 17837.

Inmate Name: Norman N. Shelton
Register Number: 45969-066
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

Legal Mail



FILED
WILLIAMSPORT
JUN 06 2011
PER _____ DEPUTY CLERK

United States District Court
for the
Middle District of Pennsylvania
U.S. Courthouse 218
240 West Third St.
Williamsport, PA. 17701-6460

17701364603