United States District Court
for the
Middle District of Pennsylvania.

Norman N. Shelton
plaintiff

vs.

Warden Bledsoe et al

Case No. 4:11-CV-00368-MM-DB

**FILED**
WILLIAMSPORT
JUN 09 2011
PER ___ DEPUTY CLERK

# Motion for Leave to file an Amended Complaint

1.) Nowcomes Norman N. Shelton, plaintiff herein above case pro-se fashion. pursuant to rules 15(a) and 19(a) Fed. R. Civ. P. requests leave to file an amended complaint adding a party and removing two.

In plaintiff original complaint named the following defendant but donot see them on the list of defendants.

A.) L.T. Sasseman, L.T. Mattenly. C/O Edenger (Jr), C/O Crawley, psychology Mink, medical potter, case manager Cotteral, unit manager Admir, C/O Rogers. P.A. Hemphill J. C/O Fisher please add these name to the defendant list.

B.) please remove C/O Muffat case manager Hamilton from plaintiffs list of defendants. (see) foman v. Davis, 371 U.S. 178, 182 (1962).

Respectfully submitted
Norman Nalex Shelton #
U.S.P. Lewisburg 45969-066
P.O. Box 1000
Lewisburg Pa 17837

Dated 6/3/11



Inmate Name: Norman Shelton
Register Number: 45969-066
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

Legal Mail
Article Number:
#7010 1060 0001 3295 7483
* Transfer From Service label.

FILED
WILLIAMSPORT
JUN 09 2011
MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

NS 6/7/11

United States District Court
for the
Middle District of Pennsylvania
U.S. Courthouse 218
240 West Third St.
Williamsport, PA. 17701-6460

HARRISBURG PA 171
08 JUN 2011 PM 3 L