# Affidavit

**FILED**
**WILLIAMSPORT**
**JUN 09 2011**
PER _____ DEPUTY CLERK

I Norman Qabir Shelton, Being of sound mind and body declare under penalty of perjury state that the following is true and correct.

1.) It is the role of courts to provide relief to claimant in individual who have suffered or will immediately suffer actual harm. Lewis v. Casey 518 U.S. 343, 349, (1996). c/o Whittacker c/o Hamilton Counselor Edenger committed the prohibited acts of employee misconduct meant to annoy, intimidate and violate, Obstruct, deny plaintiff legal protection rights. c/o Whittacker after plaintive handed him a foreseeable risk of harm placed gang member in to plaintiff rec cage.

2.) Warden Bledsoe and correctional officer's have illegally retaliated against plaintiff for filing a law suite, I did follow every thing the administrative procedure instructed me to do. A constitutional rights to file grievance, which is called a protected conduct. The officials committed a malicious sadistic adverse action and continue to create a bad atmosphere for plaintiff.

conclusion.
The above statement is true and correct to the best of my knowledge and understanding!

Date, 5-28-11.

submitted
Norman Q. Shelton
#45969-066
U.S.P.L
P.O. Box 1000
Lewisburg Pa. 17837



Inmate Name: Norman Shelton
Register Number: 41546-066
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

Legal Mail
Article Number
# 7010 1060 0001 3295 7413013546O
* Transfer from Service label.

FILED
WILLIAMSPORT
JUN 0 9 2011
MARY E. D'ANDREA, CLERK
PER _____ Deputy Clerk

M/O 6/7/11

United States District Court
for the
Middle District of Pennsylvania
U.S. Courthouse 218
240 West Third St.
Williamsport, Pa. 17701-6460

HARRISBURG PA 171
08 JUN 2011 PM 3 L