United States District Court
for the
Middle District of Pennsylvania

Norman N. Shelton
    Plaintiff

v.

Warden Bledsoe et.al

Case no. 4:11-CV-00368 WJN-DB

FILED
WILLIAMSPORT
JUN 09 2011
PER _____ C.H.
         DEPUTY CLERK

## Declaration for Entry of Default

Now comes, Norman Nabir Shelton, plaintiff herein above case pro-se fashion,

1.) Plaintiff filled on defendants complaint and summons. on 2/25/11 and summons issued on 3-25-11  "The court files and record herein show that the defendants were served by the United States Marshal with a copy of summons, and a copy of the plaintiff's complaint on the (3-25-11)  More than 20 days have elapsed since the date on which the defendants herein were served with summons and a copy of plaintiff's complaint, excluding the date thereof.  "The defendants have failed to answer or otherwise defend as to plaintiff's complaint, or serve a copy of any answer or any defense which it might have had upon affiant or any other plaintiff herein. Defendants are not in the military service and are not infants or incompetents, I declare under penalty of perjury that the foregoing is true and correct.

(6/3/11)

Respectfully Submitted
Norman Nabir Shelton #45969-066
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg Pa. 17837

Certificate of Service

I declear under pentaly of perjury that the follwing is true and correct to the best of my understanding. That I mailed the inclosed motion to.

United States District Court
for the
Middle District of pennsylvania
U.S. Courthouse 218
240 West third Street
Williamsport Pa. 17701-6460

Dear, Cleark of courts.

Please send me a docket sheet of my pending case, please let the honorable judge know that I have not received any mail or order from the court for the whole month of April or may!

Respectfully
[signature]