United States District Court
for the
Middle District of Pennsylvania

Norman N. Shelton
    Plaintiff

VS.

Warden Bledsoe et al

Case No. 4:11-CV-00368-WJN-DB

FILED
WILLIAMSPORT
JUN 09 2011
_____ DEPUTY CLERK

Amended Injunction
Federal Rules of Civ. P. Rules 65(b).

1.) Nowcomes Norman N. Shelton, plaintiff herein above case pro-se fashion. Upon the complaint, the supporting Affidavit of plaintiffs and the memorandum of law submitted herein, It is:

**ORDERED.** That defendants Counselor Edenger, C/o Whittarker, Mailroom Supervisor Olsheskie C/o Crawley C/o Raup C/o Grenot C/o Hamilton C/o Ditz C/o Edenger (jr) Case manager Neckels "A.w. young, Captain Trate A.W. Hudson warden Bledsoe S.I.S. Heath S.I.A. perrin, medical Ladistic et all. Show cause in room _____ of the United States Courthouse suite 218 240 West third st, williamsport pa. 17701-6460  On the third day of June 2011 at 9:0 o'clock, why a preliminary Amended injection should not issue pursuant to Rule 65 (a) of Federal Rules of Civil procedure enjoining the defendants their successors in office, agents and employees and all other persons acting in concert and participation with them, from . "Taking plaintiffs out going legal mail to this honorable court and throwing it away and the legal mail to Regional Director Norwood. and my out going family mail and all my in-coming mail, I wanted stop. by Supervisor Olsheski and Counselor Edenger, all the above names, The harassment, the phiscal pushing and violent attacks out of view of the camera, by L.T. sasseman L.T. scampoode L.T. johnson L.T. Mattenley and captain Trate. C/o Hamilton and C/o Whittacker, who keep placing none muslims in my rec cage to have me fight with them after I told him I dont want no gang members in my rec cage at all, I gave him actual knowledge in he refused, I told Bledsoe and young nothing

Happend, Counselor Edenger stoped at plaintiff door plaintiff stated he is indigent and request his indigent stamps and batteries which is a non frivolous or meritorious request was denyed and rejected and by counselor statement is currently being prevented due to deficiencies in the training and a violation of access to the courts,

2.) Prison officials who contrary to 28 C.F.R § 542.10 et se.... And their own F.B.O.P. program statments in regards to administrative remedies refuses to provide me with any BP-8's Informal resolutions and BP.9s administrative remedies. or his weekly indigent stamps.

3.) It is further Ordered that effective immediately and pending the hearing and determination of this order to show cause the defendants the above names and each of their officer's, agents, employer's, and all persons acting in concert or participation with them, are restrained from Harassment, Deliberate indifference, malicious adverse actions, threates cell serches every other day, un-lawful taking of my in-coming legal mail and my out going legal mail, and my family mail.

It is further Ordered that the order to show cause and all other papers attached to this application, be served on the aforesaid, Plaintiffs by june 13, 2011

\*_____
Judge's signature

(Dated 5-27-11)

Norman Xavier Skelton
#45964-066
U.S.P.L.
P.O. Box 1000
Lewisburg Pa. 17837

Certificate of Service

I, Norman Nabir Shelton, Declare under penalty of perjury that the foregoing is true and correct. I mailed the following motion to:

United States District Court
for the
Middle district of pennsylvania
U.S. Courthouse suite 218
240 West third
Williamsport pa. 17701-6460.

Dated. 5/27/11

Norman Nabir Shelton
#48969066
U.S.P.L
P.O. Box 1000
Lewisburg Pa. 17837

Inmate Name: Norman Shelton
Register Number: 41546-066
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

Legal Mail
Article Number:
# 7010 1060 0001 3295 7443 0138460
* Transfer From Service label.



FILED
WILLIAMSPORT
JUN 09 2011
M/W 6/7/11
PER _____
DEPUTY CLERK

United States District Court
for the
Middle District of Pennsylvania
U.S. Courthouse 218
240 West Third St.
Williamsport, Pa. 17701-6460

HARRISBURG PA 171
08 JUN 2011 PM 3 L