United States District Court
for the
Middle District of Pennsylvania

FILED
WILLIAMSPORT
JUN 09 20[..]
PER _____ CLH
DEPUTY CLERK

Norman N. Shelton
Plaintiff

vs.

Warden Bledsoe et al

Case No. 4:11-cv-00368 WJN-DB

# Memorandum Of Law
## Under Local Rule 7.7

Nowcomes Norman Nabir Shelton, plaintiff, herein above case pro-se fashion.

1.) Affirming injunction based on generalized increase of harassment, and retaliatory conduct in violence attributed to random assignment to cellmates thats non-muslim and placing non-muslims in rec cage's with me. officials are liable based on genral danger arising from prison official and prison enviorment that both stimulated and condoned violence. I'am not asking this honorable Court to just give a watchful eye to this matter but actully prevent any more unpleasant wrongful retaliatory acts or events to happen again.

2.) "See, e.g. Wilson v. New york 303 A.D. 2d. 678, 679, 760, N.y.S. 2d. 51, 52 (2d Dept-2003). And also see, Ashcraft vs. King 228 cal, App. 3d 604, 613, (cal, App 2d, Dist 1991). and see. Hudson vs. McMillian 503-US. 1, (1992)

3.) As to the conditions of my confinement, I was attacked and assaulted twice by two different gang members. One on August 30, 2009. I was beaten for a whole three minutes with my hands coffed behind my back and the S.M.U. officials watched in did nothing to stop it. And again on Nov. 26. C/o Raup forced a gang member in to my cell against my will. And threaten me with restraints. we both stated in a loud voice it would not work out for us to be cellies. That morning after given the officer actual knowledge, I was jumped from behind punched and kicked to the face and body.

4.) Prison officials knew or should have known placing a muslim in a cell against his will to live with a gang member shows there has been a pattern of their abuse of authority and that there was a threat of more abuse by continully placing plaintiff in cells with none muslims. "Plaintiff's incident reports reveals that truth. "Note. No state shall deprive any person of life, liberty or property without due process of law nor deny to any person within its jurisdicition the equal protection of the laws. Plaintiff claims for amended injunctive relife are authorized by 28 U.S.C. section 2283 & 2284 and Rule 65 of the Fed. R. Civ. P.

5.) The plaintiff has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff, has been and will continue to be irreparably injuryed by the conduct of the defendants un-less this honorable Court grants the declaratory and admended injunction. Relife which plaintiff's seeks Prison officials by their own omission caused a liberty interest and atypical incident of prison life, See, Ayers, v. Ryan 152 F.3d 71 (2d cir.1998) Taylor vs. Rodriguez 238. F.3d 188 (2d cir 2001). And Hatch v. District of Columbia 184 F.3d 848 (D.C. cir 1999).

6.) Plaintiff is a muslim illustrates the seriously affect of plaintiff's health and safety. Prison officials would not place a skin head in the cell with a muslim or the other way around. They denied those rights to plaintiff. (See Barney vs. Pulsipher, 143 F.3d 1299, 1311 10th cir 1998) And see, Rauser vs. Horn, 241 F.3d 330 (3d cir 2001).

Conclusion,

Plaintiff prays that this honorable Court have plaintiff transfer to a different institution. "They have throw away my out going legal mail.

Dated 5-28-11

Submitted
Norman N. Shelton #45969-066
U.S.P.L.
P.O. Box 1000
Lewisburg Pa. 17837

Certificate of Service

I, Norman Nabir Shelton, Declare under penalty of prejury that the foregoing is true and correct. I mailed the following motion to:

United States District Court
for the
Middle District of Pennsylvania
U.S. Courthouse 218
240 West Third St
Williamsport, Pa. 17701-6460

Dated 5-28-11

Norman Nabir Shelton
#45969-066
U.S.P.L.
P.O. Box 1000
Lewisburg Pa. 17857

Inmate Name: Norman Shelton
Register Number: 41569-066
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

Legal Mail
Article Number
#7010 1060 0001 3295 7443013E460
*Transfer From Service label.

FILED
WILLIAMSPORT
JUN 09 2011
MARY E D'ANDREA, CLERK
PER _____ DEPUTY CLERK

N/U 6/7/11

United States District Court
Middle District of Pennsylvania
U.S. Courthouse 218
240 West Third St.
Williamsport, PA. 17701-6460

HARRISBURG PA 171
06 JUN 2011 PM 3 L

