United States District Court
Middle District for the for Pennsylvania

Norman Nabir Shelton
                Plaintiff
    vs,                                    Case No. 4:11-CV-00368 WJN. DB

Warden Bledsoe, et al

## Motion for Appointment of Counsel

1.) Nowcome Norman Nabir Shelton, plaintiff herein above case pro-se fashion, pursuant to 28 U.S.C. § 1915(e)(1) Plaintiff **moves** for an order appointing counsel to **represent** him in this case. In support of this motion plaintiff states.

2.) Plaintiff is unable to afford counsel, He has requested leave to proceed in forma pauperis. Plaintiff's imprisonment will greatly limit his ability to litigate, The issues involved in this case are complex, Because of the number of defendants and will require significant research and investigation. Plaintiff has limited access to the law library and limited knowledge of the law also would like a jury trail.

3.) A trial in this case will likely involve conflicting testimony evidence and cross examine witnesses. Plaintiff has made repeated efforts to obtain a lawyer, wherefore, plaintiff request that the court appoints. **Larrick Stapleton** Attorney at law Law office 50 Rittenhouse Place Ardmore Pa 19003-2276.

Dated 5-31-11

                                    submitted.
                                    Norman N. Shelton  #45962-066
                                    U.S.P. Lewisburg
                                    P.o. Box 1000
                                    Lewisburg Pa. 17837

RECEIVED
WILLIAMSPORT
JUN 13 2011
MARY E. D'ANDREA, CLERK
PER _____
       DEPUTY CLERK

Norman Nabir Shelton
P.O. Box 1000  #45969066
Lewisburg Pa. 17837

Dear, Clerk of Court,

"Could you please send me a docket sheet of this pending case 4:11-CV-00368 WJN.DB. and any order this honorable court mailed me. Because I will ~~you~~ use it as proof. That the defendants are taking my out going and in-coming legal mail.

Thank you.

Norman N. Shelton
45969066
P.O. Box 1000
Lewisburg Pa 17837.

P.S.
I have not receive nothing from this honorable Court for the whole month of may.

I declear under penalty and perjury that the above is true and correct. To the best of my ~~knowlegt~~ Knowledge.



Inmate Name: Norman N. Shelton
Register Number: 45969-066
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

Legal Mail

JD14
6-8-11

RECEIVED
WILLIAMSPORT
JUN 13 2011
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

United States District Court
For the
Middle District of Pennsylvania
U.S. Courthouse
240 West Third St.
Williamsport, Pa. 17701-6460

17701364601