United States District Court
for the
Middle District of Pennsylvania

Norman N. Shelton
    plaintiff
vs.

Warden Bledsoe et. al defendants,

Case No. 4:11-CV-00368 WJN-DB

**Summons**

FILED
WILLIAMSPORT
JUN 21 2011
PER _____
DEPUTY CLERK

"Nowcomes Norman N. Shelton, plaintiff herein the above case pro se fashion,

1.) To the above named defendants, "you are hereby summoned and required to serve upon plaintiff whose address is, U.S.P. Lewisburgh P.O. Box 1000 Lewisburg Pa. 17837. " And answer to the complaint in-which was served upon you on 3-22-11, Within #(20) days after service or 60 days if the U.S. Government or officials/agent there of is a defendant. If you fail to do so " " " judgement by default will be taken against you for the relief demanded in complaint.

Clerk of Court

_____
    Signature,
_____
Date.

Respectfully Submitted
Norman N. Shelton #45969-066
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg Pa. 17837

Dated by plaintiff on
6/19/11

## Certificate of Service

I declare under penalty of perjury that the following is true and correct to the best of my understanding! plaintiff mailed out motion of Summons to the following Court.

To:
Office of the Clerk
United States District Court
Middle District of Pennsylvania
U.S. Courthouse, Suite 218
240 West Third Street
Williamsport Pa. 17701-6460

6/19/11



Inmate Name: Norman N. Shelton
Register Number: 45969-066
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

6/19/11
5:56
DSH

Legal Mail

HARRISBURG PA 171

FILED
WILLIAMSPORT

JUN 21 2011

PER _____
     DEPUTY CLERK

Office of the Clerk
United States District Court
Middle District of Pennsylvania
U.S. Courthouse suite 218
240 West Third St
Williamsport PA. 17701-6460

17701$6460