FILED
WILLIAMSPORT, PA
JUN 28 2011
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Case 4:11-cv-00368-WJN-DB   Document 46   Filed 06/28/11   Page 1 of 4

United States District Court
for the
Middle District of Pennsylvania

Norman N. Shelton
        Plaintiff

"vs"

Warden Bledsoe et al defendants

Case No. 4:11-cv-00368-WJN-DB

## Brief in opposition to Defendant's Summary judgment Motion

Now comes Norman N. Shelton, plaintiff herein above entitle case pro-se.

**Statement of the case:**

1.) This is § 1983 action filed by a prisoner at U.S.P. Lewisburg S.M.U. Seeking damages, A declaratory judgment, and injunctive relife based on the use of excessive force, and violation of plaintiff first an eighth amendment right, the denial of procedural due process and the denial of medical care. Defendants have filed a motion for summary judgment as to the plaintiff's use of force claim against defendants, Heath, whittaker, Hamilton, Raup, Ditz, vegh, trate, zeider, perrin, A.W. Hudson A.W. young, Bledsoe. Arguing that their conduct did not violate the Constitution.

**Statement of facts:**

2.) The plaintiff's declaration submitted in response to the defendant's motion stated that on the morning of August 29, 2010 I stated I was assaulted. Thats a fabrication of the truth and a lie to deceive this honorable court with their lies. I was attacked and assaulted on August 30, 2009, and again on Nov. 26, 2009, by two different inmate and gang related. members of the bloods and crips, and the officers of S.M.U.

3.) Defendants subjective evidence "they knew" plaintiff was being deprived and did not respond reasonably. Un-just treatment and malicious acts directed towards plaintiff from defendants supervisor's. Defendants Affidavit states plaintiff's claim is frivolous with no genuine issues another lie to deceive this honorable court with their lies.

## Argument point (1)

"There are genuine issues of material facts that preclude summary judgment for the defendant's on the plaintiff's use of force and violation of first an eighth amendment.

A.) Summary judgment is to be granted only if the record before the court shows "that there is no genuine issue as to any material facts and that the moving party is entitle to a judgment as a matter of law. "Rule 56(c), fed. R. civ. P. A material fact is one that "Might affect the outcome of the suite under the governing law." Anderson V. Liberty Lobby. Inc. 477 U.S. 242, 248 (1986).

B.) The affidavits of the plaintiff and the defendants are squarely contradictory as to what force was used, when it was used and why it was use. along with the violations of plaintiffs first an eighth amendment rights. "The allegations in the plaintiff's affidavit portray a completely needless use of force against a inmate by forceing him against his will to live with a gang member who attacked and assaulted him for a whole three minutes while staff stood there in watched and

(2)

c.) Did nothing to stop it. "The factual dispute is also material. Under governing law, whether the use of force by prison staff violates the eighth amendment depends on whether it was "applied in a good-faith effort to maintain or restore discipline or maliciously and sadistically to cause harm." Hudson v. Mcmillian ___ U.S. ___, 112 S.ct 995, 998-99, (1992) Whitley v. Albers 475 U.S. 312, 320-21 106 S.ct 1078 (1986) The facts alleged by the plaintiff are evidence that the defendants were acting. Malicious and sadistically to cause harm." They would support a jury verdict in the plaintiff's favor. See Miller v. Leathers, 913 F.2d 1085, 1088 (4th Cir 1990) (en banc) (retaliatory intent could be inferred from officer's action.) cert. denied, 111 S.ct 1018 (1991); Oliver v. Collins, 914 F.2d 56, 59, (5th Cir 1990) (testimony that a beating was completely gratuitous and that no force at all was necessary would support a finding of malice). Lewis v. Downs, 774 F.2d 711, 714 (6th Cir 1985) (evidence that an officer kicked a handcuffed person who was lying on the ground showed malicious motivation).

Conclusion:
For the foregoing reason, the defendants motion for summary judgment should be Denied.

Dated 6/28/11
Norman N. Shelton #45969-066
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg Pa, 17837

Inmate Name: Norman Shelton
Register Number: 45969-066
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

HARRISBURG PA 171
27 JUN 2011 PM 4 T

RECEIVED
Williamsport, PA
JUN 28 2011
MARY E. D'ANDREA, Clerk
PER _____ DEPUTY CLERK

JUN 2 5 2011 Office of the Clerk
United States District Court
For the
Middle District of Pennsylvania
U.S. Courthouse Suite 218
240 West Third St.
Williamsport PA 17701-6410

17701365450

Legal Mail