FILED
WILLIAMSPORT, PA
JUN 28 2011
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

United States District Court
for the
Middle District of Pennsylvania

Norman N. Shelton
    plaintiff

Case No. 4:11-CV-00368 WJN-DB

"vs."

Warden Bledsoe, et al defendants.

## Motion for the Appointment of Counsel

Nowcomes Norman N. Shelton, plaintiff herein above case pro-se fashion. "Plaintiff Norman N. Shelton pursuant to 1915 request this court to appoint counsel to represent him in this case for the following Reasons:

A.) The plaintiff is unable to afford counsel.
B.) The issues involved in this case are complex.
C.) The plaintiff as a segregated inmate, has very little access to the law library. to look up cases.
D.) The plaintiff has a limited knowledge of the law.

Dated. 6-26-11
Norman Elabix Shelton #15969-066
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg Pa. 17837

## Certificate of service

I Norman W. Shelton, Declare under the penalty of perjury that the following is true and correct to the best of my knowledge and understanding. That I've placed motion enclosed in the mail box to be mailed to the following address.

United States District Court
  For the
Middle District of pennsylvania
  U.S. courthouse, suite 218
  240 west third street
  williamsport pa. 17701-6460

  To,
  U.S. department of justice
  United states Attorneys office
  middle District of pennsylvania
  228 walnut St, soite 220
  Harrisburg Pa. 17108.

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS
USP LEWISBURG, PENNSYLVANIA

## AFFIDAVIT

County of Union

:SS

State of Pennsylvania

I, Norman Shelton, Reg. No. 45969-066, of USP Lewisburg, Pennsylvania, make this statement freely without any promises or assurances:

1. I am an inmate incarcerated at the Federal Penitentiary, Lewisburg, Pennsylvania.

2. That Officer Hamilton pushed me in the back when I was going in to the rec cage.

3. That Hamilton then called me a liar and Office Whittaker witnessed this. This happened on February 23, 2011.

4. That Hamilton did this out of retaliation because I wrote to his wife and told me not to write anymore hate mail to my wife..

" ///////////////// END OF STATEMENT /////////////////////

Page 1 of 1     Affiant's Initials _____

# OATH

███████████████████████████████████████████████
██████████
═══════════════════════════════════════════════
═══════════

I declare, under the pain and penalty of perjury, that the foregoing statement consisting of __1__ page(s) is true and accurate to the best of my knowledge and belief.

_____
*AFFIANT*

*Subscribed and sworn to before me this*  __21st__  *day of* _March_, *2011.*

*Authorized by 5 U.S.C. 303*
*to Administer Oaths*

James Fosnot
Special Investigative Agent
Federal Bureau of Prisons
USP Lewisburg

Inmate Name: Norman J. Shelton
Register Number: 45969-066
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

JUN 2 5 2011

RP
06/26/11

Att'n: Legal mail

HARRISBURG PA 171
27 JUN 2011 PM 3 L

Office of the Clerk
United States District Court
For the
Middle District of Pennsylvania
U.S. Courthouse, Suite 218
240, West Third St
Williamsport PA, 17701-6460

17701$54E0

RECEIVED
Williamsport, PA
JUN 28 2011
MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK