FILED
WILLIAMSPORT, PA
JUN 28 2011
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Case 4:11-cv-00368-WJN-DB  Document 50  Filed 06/28/11  Page 1 of 3

United States District Court
for the
Middle District of Pennsylvania

Norman U. Shelton
      Plaintiff
  VS

Case no: 4:11-cv-00368 WJN-DB

Warden Bledsoe, et al defendants

## Motion for Default Judgment

Nowcomes Norman N. Shelton, plaintiff herein above entitle case pro-se fashion.

  Plaintiff Norman N. Shelton, moves the court to enter a default judgment against defendants and the individual capacity for $20,000. And states. names.

1.) Warden Bledsoe, A.W. Hudson, A.W. Young, Captain Trate, S.I.A. Perrin, S.I.S. Heath, L.T. Scampone, Counselor Edenger, L.T. Harper, L.T. Hepner, L.T. Johnson, C/O Zeider, C/O Combee, C/O Carpenter, C/O Buff, C/O Wert, C/O Hummer, C/O Brenot, C/O Webb, C/O Hornburger, C/O Stugard, coordinator Nevil, C/O Whittaker, medical Ladistic, case manager Ber Koski, case manager Hamilton MLP, Francis Fasciana, mailroom supervisor Olsheski, C/O Hamilton, C/O Vegh, C/O Ditz

2.) A default has been entered against the above defendants, for failure to answer or otherwise defend in the above entitled matter. The defendant's are not in the military service as shown by the attached affidavit.

Date: 6/26/11

Norman N. Shelton #15969-066
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg Pa. 17837

United States District Court
for the
Middle District of Pennsylvania

Norman U. Shelton
                Plaintiff
        "vs"                                  Case No. 4:11-cv-00368 WJN-DB

Warden Bledsoe, et al defendants

Affidavit as to Military Service.

"Nowcomes Norman U. Shelton, plaintiff herein above entitle case pro-se fashion.
State of Pennsylvania,
County of United States of America,
I Norman U. Shelton, being of sound mind and body do state the following is true and correct to the best of my knowledge.

1.) I 'am the pro se plaintiff in the above entitled matter, I make this affidavit pursuant to the requirement of the soldiers and Sailors Civil Relief Act, 50 U.S.C. Appendix § 520

2.) The above named defendants have worked at U.S.P Lewisburg s.m.u. institution since plaintiff was first incarcerated here August 27, 2009 some came the begainning of 2010.

3.) Based on that fact, the plaintiff is convinced the above name defendants is not in the military service of the United States.

                                        Dated 6/26/11

Norman U. Shelton #45969-066
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg Pa. 17837.

Certificate of service

Norman N. Shelton, Declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that I mailed a copy of motion for default judgment along with other motions to the following address and placed it all in the mail.

To: office of the Clerk
United States District Court
       For the
Middle District of Pennsylvania
   U.S. courthouse, Suite 218
   240 west third St,
      williamsport pa. 17701-6460

                    and to:
            U.S. Department of justice
            United states Attorney's offices
            Middle district of Pennsylvania
            228 Walnut St, suite 220
            Harrisburg Pa. 17108