FILED
WILLIAMSPORT, PA
JUN 28 2011
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

United States District Court
for the
Middle District of Pennsylyania

Norman N. Shelton
  Plaintiff

"vs"

Case No. 4:11-CU-00368 MM-DB

Warden Bledsoe, et, al defendants.

(Plaintiff's Statement of Disputed factual issues.)

Defendants have moved for Summary judgment on the Plaintiff's claim concerning violation of first an Eighth Amendment Rights and the use of force. Pursuant to Local Rule (56) of this court. "The plaintiff submitts the following list of genuine issues of material facts that require the denial of the defendant's motion.

1.) Whether the plaintiff was forced against his will to be placed in a cell with a gang member.

2.) Whether the plaintiff was attacked and assaulted by correctional officer's with out putting up any resistance.

3.) Whether the plaintiff offered any resistance before the officer's who watched and the defendant's who entered the cell and attacked plaintiff.

4.) Whether the force utilized by the defendant's against the plaintiff was applied in a good-faith effort to maintain or restore discipline or maliciously and sadistically to cause harm.

5.) Whether the plaintiff's injuries resulted from his own act of resistance to the defendants or from their purposeful