```
            UNITED STATES DISTRICT COURT FOR THE
                MIDDLE DISTRICT OF PENNSYLVANIA
```

NORMAN N. SHELTON,                  :
                                    :
        Plaintiff                   : No. 4:CV-11-0368
                                    :
    vs.                             : (Complaint Filed 02/25/11)
                                    :
                                    : (Judge Muir)
WARDEN BLEDSOE, et al.,             :
                                    :
        Defendants                  :

**ORDER #1 of**

June 29, 2011

**Background**

   Norman N. Shelton, an inmate confined in the United States Penitentiary, Lewisburg, Pennsylvania, filed the above captioned Bivens[1] action, pursuant to 28 U.S.C. § 1331. Presently before the court are plaintiff's motions for appointment of counsel.(Docs. 21, 41). For the reasons set forth below, the motions will be denied.

   Previously by order dated March 24, 2011, this court denied a similar motion for appointment counsel (Doc. 13). That order also provided that if future proceedings demonstrated the need

---

2. Bivens v. Six Unknown Agents of the Federal Bureau of Narcotics, 403 U.S. 388, 397 (1971).

for counsel, plaintiff's motion would be reconsidered.  Since the entry of that order, Shelton has continued to demonstrate a reasonable ability to litigate this action pro se. Furthermore, his latest motions fail to set forth sufficient special circumstances or factors which would warrant the appointment of counsel.  See Tabron v. Grace, 6 F.3d 147, 153, 155-157 (3d Cir. 1993).

**IT IS HEREBY ORDERED THAT** plaintiff's motions for appointment of counsel (Docs. 21, 41) are **DENIED**.

                                              s/Malcolm Muir
                                              MUIR
                                              United States District Judge