```
              UNITED STATES DISTRICT COURT FOR THE
                  MIDDLE DISTRICT OF PENNSYLVANIA

NORMAN N. SHELTON,                :
                                  :
        Plaintiff                 :  No. 4:CV-11-0368
                                  :
    vs.                           :  (Complaint Filed 02/25/11)
                                  :
                                  :  (Judge Muir)
WARDEN BLEDSOE, et al.,           :
                                  :
        Defendants                :
```

**ORDER**

June 29, 2011

Upon consideration plaintiff's motion for temporary restraining order, filed April 4, 2011, and no supporting brief has been filed to date, **IT IS HEREBY ORDERED THAT** said motion, (Doc. 14) is deemed withdrawn for failure to file a supporting brief.  See M.D. Pa. Local Rule 7.5.

```
                         s/Malcolm Muir
                         MUIR
                         United States District Judge
```