United States District Court
for the
Middle District of Pennsylvania

FILED
WILLIAMSPORT
JUL 11 2011
PER ___ DEPUTY CLERK

Norman N. Shelton
  plaintiff
"vs"

Case No: 4:11-cv-00368-MM-DB

Warden Bledsoe et.al, defendants

## Order to Show cause and temporary Restraining Order

"Upon the supporting declaration of the plaintiff and the accompanying memoradum of law, it is

1.) Ordered that defendants warden Bledsoe et, al show cause in room _____ * of the united States Courthouse suite 218 240 west third st. williamsport, Pa. 17701-6460 On the _____ * day of _____ * 2011 " " At _____ * ▆ O'clock why a preliminary injunction should not issue pursuant to rule 65 (a) Fed. R. Civ. P. enjoining the said defendants actions in concern and participation with them, To provide a medical-ly approprial course of physical therapy to the plaintiff designed to restore and maintain the full function of his left and right wrist, from being placed in restrainst that was tight it cut of plaintiff blood circulation.

"It is further ordered that effective immediately and pending the hearing and determination of this order to show cause, defendants et,al shall arrange. for the plaintiff to be examined by a qualifed orthopedic specia-list and to obtain from that specialist an evaluation of plaintiff's nerves and condition of his left and right wrist and a prescription for a cause of physical therapy,....

2.) That will maintain the full function of his left and right wrist. It is further ordered to show cause and all other papers attached to this application shall be served up defendants, Warden Bledsoe et. al. by _____ 2011 And the United States Marshals service is hereby directed to effectuate such service.

United States District Judge
Dated: _____



Inmate Name: Norman W. Shelton
Register Number: 45969-066
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

Legal Mail

Office of the Clerk
United States District Court
For the
Middle District of Pennsylvania
U.S. Courthouse 218
240 West Third St.
Williamsport Pa 17701-6460

FILED
WILLIAMSPORT
JUL 11 2011
PER ___ DEPUTY CLERK

HARRISBURG PA 171
08 JUL 2011 PM 2 T

17701346460