**FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT**

## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**FILED**
**WILLIAMSPORT**

JUL 11 2011

PER _____
DEPUTY CLERK

(1) Norman N. Shelton #45969-066
**(Name of Plaintiff)      (Inmate Number)**

U.S.P. Lewisburg, P.O. Box 1000, Lewisburg, Pa. 17837
**(Address)**

4:11-CV-00368-MJM
**(Case Number)**

(2)_____
**(Name of Plaintiff)      (Inmate Number)**

_____
**(Address)**

**(Each named party must be numbered,
and all names must be printed or typed)**

**vs.**

**CIVIL COMPLAINT**

(1) Warden Bledsoe_____

(2) A. W. Young_____

(3) A.W. Hodson_____
**(Names of Defendants)**

**(Each named party must be numbered,
and all names must be printed or typed)**

**TO BE FILED UNDER: _____ 42 U.S.C. § 1983 - STATE OFFICIALS**

**✱ 28 U.S.C. § 1331 - FEDERAL OFFICIALS**

## I.   PREVIOUS LAWSUITS

A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

Filed habeas corpus. and a civil complaint in Florida, and this civil suite. The one's on habeas corpus where to get time cuts.

## II.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.   Is there a prisoner grievance procedure available at your present institution? _✱_ Yes ____No

B.   Have you fully exhausted your available administrative remedies regarding each of your present claims? _✱_ Yes ____No

C.   If your answer to "B" is <u>Yes</u>:

1.   What steps did you take? _plaintiff filed b.p.8. to the institution 9, 10. and b.p.11 to central office._

2.   What was the result? _all were exhausted_

D.   If your answer to "B" is <u>No</u>, explain why not: _N/A_
_N/A_

## III.   DEFENDANTS

(1) Name of first defendant: _warden Bledsoe_
Employed as _warden_ at _U.S.P. Lewisburg_
Mailing address: _P.O. Box 1000 Lewisburg Pa 17837_

(2) Name of second defendant: _A.w. young_
Employed as _Assicate warden_ at _U.S.P. Lewisburg_
Mailing address: _P.O. Box 1000 Lewisburg Pa 17837_

(3) Name of third defendant: _A.w. Hudson_
Employed as _Assicate warden_ at _U.S.P. Lewisburg_
Mailing address: _P.O. Box 1000 Lewisburg Pa. 17837_

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including dates and places.  Do not give any legal arguments or cite any cases or statutes.  Attach no more than three extra sheets if necessary.)

1.   _On August 30, 2009 "I was forced to go into a cell with a gang member against my will. the gang member an myself told the officials_

That it would not work out between us, they

2.  forced and threaten me and put me in the cell.
    on cell rotation of August 30,2009, I was placed
    in handcuffs and inmate Graham #11510-031 began
    assaulting me with multiple punches and kicks to my

3.  face and body, S.M.U. officials stood there and watch
    for awhole three minutes and did nothing to stop it.
    once inmate stoped C/o Raup C/o whittaker L.T. Heath
    came into the cell slamed me to the ground while my
    were cuffed behind my back, after they sprade me in the face
    with gass.   [see Declaration/Statement of Facts]

## V.   RELIEF

(State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or
statutes.)

1.  Violation of Eighth Amendment to U.S. constitutions
    (1) Excessive use of force
    (2) Denial of medical care
    (3) Racial discrimination.

2.  violation of the first amendment to U.S. constitution
    (1) Retaliation for seeking relief from grievance's and law suite.
    # compensatory damager's of $ 10.000 (joint) and puntive
    damages $ 500,000 as to defendant warden Bledsoe

3.  A.w. young, A.w. Hodson captain trate. And $ 50.000
    as to all the other defendants.
    Injunction Relief enjoining defendant From Further retalration
    From harassment and corporate punishment.

3

<u>Declaration under penalty of perjury:</u>

Continue:

Statment of facts.

4.) Defendant L.T. Heath, acted intentionally and purposefully place her knee and the back of plaintiff's neck, cutting of his breathing ,,

5.) % Whittaker defendant acted in reckless disregard of and towards plaintiff by slamming plaintiff to the floor while plaintiff was passively and handcuffed behind his back and defendant whittaker punched and kicked plaintiff in his left side of his body.

6.) Defendant % Raup with callous indifference to the plaintiff rights and punched kicked plaintiff in his right side of his body. plaintiff could not breath and yelled he could not get any air. "The gass was burning plaintiff skin of his face neck and back and defendant % Raup stated we want you to suffer. we dont care if you can breath. "Didnot know his name at the time.

7.) Defendant Potter medical examiner witness plaintiff woands that he sustained and the actual injury and the nature of his damages and refuse to give plaintiff's any medical care. Or any medicin for the pain he was in. Didnot know his name at the time of incident,

8.) L.T. Galletta, committed the prohibited criminal act towards plaintiff by attacking and assaulting plaintiff out of view of the surveillance t.V. punched and slamm plaintiff up against the wall, Defendant Galletta carried out lawful activities with unnece--ssary harshness and abused official power and took unfair vantage of the plaintiff. L.T. Galletta violated my constitutional rights to from corporal punishment. by ,, ,, (a) placing me in restrants ,,

continue.

Statment Of facts.

"9.) Defendant LT. Sasseasmen committed the criminal acts of attacking plaintiff in his sleep by shooting plaintiff in the face with gass bullets causing damage to plaintiff's left eye, "stating plaintiff didnot wake up when C/o called him. LT. Sasseamen stated if he move slow going down these steps slam his face in to the floor. the C/o's all laughed. Defendant behavior was reckless neglect and thoughtless disregard equivalent to a flagrant or remarkably bad failure or protect. "Didnot know his name at the time.

10.) Defendant Counselor Edenger, was just a C/o on G-Block jan of 2010, in sep 2009 After plaintiff filed administrative remedys on defendant Edenger He illustrated deliberate indifference, malicious sadistic adverse actions towards plaintiff by hitting plaintiff out of view of surveillance t.v. by hitting plaintiff in the mouth on G-Block Law Library. Defendant Edenger was acting under the color of law at the time of the incidents alleged in this complaint.

11.) Defendant C/o Hummer committed the prohibited criminal acts. ① retaliatory conduct, ② Gossiping and circulating lies and rumors. C/o Hummer, act by her ~~own~~ own omission constitated deliberate indifference towards plaintiff physical well-being by telling other inmates that plaintiff told in court on (15)teen different people classifing plaintiff as a rat. Defendant Hummer circulated these false rumors around to other in-mate to have plaintiff killed by inmates Defendant Hummer, compelling elements of prejudice, advertence or error in good faith that characterize the prohibited conduct.

(3)

continue:
Statments of facts:

12.) "Defendant Cowert, challenge to address the inadequacies and injustice, committed by defendant wert. And the racism that he has directed towards plaintiff for an extremely long time on G-Block Nov. Dec of 2009, "I believe Defendant wert spit in plaintiff food out of reprisal conduct. "plaintiff held the food that contained the spit and showed it to A.W. young who refused to have it tested. Defendant wert caused plaintiff to go on hunger strike, loos sleep, mental stree, Defendant wert, action or omission was more than inadvertence lack of due care, negligence and error of policy governing officials conduct towards prisoners.

13) Defendant Raup and Defendant Zieder came to plaintiff cell (211) on G-Block On the night of Nov. 25. 2009, with a inmate that stated to both C/O That he did not want to come in the cell with me if I was not a crip gang member, And I told the officers that I didn't want no gang members in my cell only muslims. They placed this inmate in the cell against both of are will, Threaten us telling us we will be placed in restraint for (3) days if we refused to be cellies Once the inmate came into plaintiff, we both started pushing eachother out of the way to get are handcuffs offs First, they still force us to be cellies even after that. on Nov. 26.2009 that same inmate jumped on me from behind. yelling I'm a crip for life! Defendant Raup and Defendant Zieder were negligent and breached their duty of care thats owed to plaintiff '. was all done under the scope of their employement.

(4).

Continue:
Statment of facts:

14.) Defendant pyschology Mink. committed staff misconduct and misrepresented the facts of her dutys toward black prisoners. "plaintiff was in a very mentally streed atmosphere, was very anger, up-set and feeling hopeless, "As Defendant pys.Mink made rounds refused to stop at plaintiffs' door because plaintiff had filed grievance on Defendant mink for being a racist. on. 1-6-11. Defendant mink by her own omission in the scope of her employment illustrated racial discrimination. And abouse her power and authority by giving false impression of actually addressing petitioner's needs or **concerns.** Defendant mink failed to uphold the ethical rules governing her profession including complying with the applical licensing policys. plaintiff had a immediate emergency that resulted very bad for plaintiff because Defendant mink refused to stop and address his need and concern's, However she did stop and talk too two different white inmate's before leaving the rang. For over $10) minutes at a time.

15.) Defendant case manager cotteral were a regular %o in jan.2010 plaintiff was in Z-Block out of Retaliation Defendant cotteral was running rec, "As plaintiff was coming in from rec and going up the steps, Defendant cotteral reckless callous deliberatlly walked passed plaintiff as she was walking down the step's out of view of camera, spit in plaintiff face and stated write that up you black nigger! The inhabitant to the deprivation of any rights privileges or protection donot exist for plaintiff in this institution with these criminal officials.          (5).

Continue:
Statment of Facts.

16.) Defendant Trate, Acted intentionally and purposefully to reckless disregard plaintiff's rights. Defendant Trate have continue to stigmatize ~~get~~ plaintiff and subject ~~peti~~ plaintiff to be treated cruelly and unjustly by his regime of L.T.© and %© out of retaliation for plaintiff filing administrative remedy on defendant Trate Defendant Trate had his L.T.© Harper and Hepner place plaintiff in restrainst because planiff were on hunger strike For #(11)days strish because officials Zieder, Combee, Carpenter Buff, L.T. scampoon were spitting into plaintiff food. Defendant Trate after receiving a list of his enemys from plaintiff had plaintiff removed from his singal cell on D-Block and took plaintiff to G-Block to a non-muslim cell and the inmate was from D.C. I had just gave Defendant trate the request that ~~I~~ donot in no way get alone with D.C inmate upon refusing that foreseeable Risk of harm. Defendant Trate had plaintiff placed in a cell with a ~~D~~ D.C. inmate on-4-20-10 at 10:50 A.M. And the inmate Scott #09584-007 threw the First punche and the fight stared. All under the scope of his employment.

17.) Defendant Ladistic. illustrated her racial discrimination and made racial statements ~~towards~~ plaintiff. And in-efficiency un-professional-un moral cruel and unjustifyed actions of retaliation because plaintiff Fiked three administrative remedys on defendant ladistic. plaintiff broke his hand on ~~I~~ block by hitting the wall, plaintiff ~~know~~ Knew he broke it from the size of it and the dis:coloration. Requested Defendant Ladistic to come and see it while she were making rounds. Defendant Ladisticm

Continue:
Statment of facts:

"Came to plaintiff cell door plaintiff explained the whole incident to Defendant Ladistic. She stated "I can see that its broken in that you are in pain, "But do your black as_ think I care? Or that I would do something for you after you filed on me? I asked her to report it to someone eles from medical, that she didnt have to do nothing for me but that, "Defendant ladistic "Then stated hold your breath I will be right back and walked off.

Defendant Ladistic improper response towards plaintiffs medical needs shows a breach of duty by failing to provide medical treatment to plaintiff as a result to his injurys. committed malpractice by failing to use the knowledge, skills, possessed and employed.

18.)

Defendant Mink. on july 3.10 had plaintiff brought out his cell to the third Floor office. By C/o Hornburger and C/o stugard th psychology mink had C/o stugard shut the office door and C/o Hornburg stod right behind plaintiff. All of this were outside the view of the camera, plaintiff was hand cuffed behind his back and seated infront of Defendant mink who pointed her finger in plaintiff face stated, If I have to answer another one of your b.p.8© I will have you brought back in here with these two officers and you will be taken down. And once you are on the ground I will kick your eyes out your head do I make my self clear to you? "The whole time she threaten me C/o Hornburger grabbed the middle part of the handcuffs and started pulling them up away from my body causing plaintiff a whole lot of pain. Defendant mink then hit plaintiff in the face with a open hand, plaintiffs didnt say nothing.

Continue;
Statement of facts.

19.) Defendant Bledsoe a warden at Lewisburg committed the prohibited act of breaching a duty or reasonable care to protect plaintiff from assault of other prisoners. After the incident of August 30, 2009 upon Defendant Bledsoe was making his rounds and stop at plaintiff's door, plaintiff handed him a list of all his enemys and a request asking to be place in a cell with only sunni muslims. "I stated I donot get along with the Bloods, Crips. D.C. inmates or 6/DO. And plaintiff ask to be transfered. Defendant Bledsoe stated you have to get through this program the best you can. "no" transfer,

"on Nov. 26, 2009 I was attacked in assaulted again by a gang member from the Crips, contrary to what defendants say. Defendant Bledsoe displayed deliberate indifference an reckless disregard "for plaintiff safety by failing to "act" reasonably in and to plaintiff request to not be celled with non-sunni muslims, plaintiff Requested the same cour-tesy that he provided for the Skin head. ACO and A-BO plaintiff asked Defendant Bledsoe why he keep allowing the s.m.u. officials to keep placing non-muslims in the cell with him? "He stated he would look into it, "But" never did. on 4-20-2010 captain Trate Lt. Galletta placed me in the cell with a D.C. inmate after I handed the captain along with the A.W. young, A.W. Hudson and defendant Bledsoe all a list of plaintiffs enemys and the fact that he only want to cell up with sunni muslims. on 10:50 against my will was forced into a fight with the D.C. inmate they placed me with.

(8)

Continue:

Statment of facts:

Plaintiff in this case gave Defendant Bledsoe, A.W. young A.W. Hudson, Captain Trate, S.I.A. perrin and L.T. Heath all actual knowledge based on my enemys and the fact the word was around in this institution that my life was in danger, plaintiff requested not to be celled with any African American's (nor) rec with them, and ask for protection from the officials here at the S.M.U. plaintiff was refused and denied. The above defendants failed to act on the information and request made by plaintiff or pay any attention to his foreseeable risk of harm.

20.) A.W. young defendant in this case, upon many face to face discussion's about my situation. After plaintiff was assaulted three different times Defendant young didnot live up to his legal obligations owed to plaintiff since he is the one who approves the moves from block to block in who is placed in your cell. After the many assaulty on my life and the prison conditions and practices that is very dangerous to all prisoner's a like, They refuse to identify that their way of handleing things do not work. none of the above defendants try to isolate plaintiff because he was and is a obvious victim.

I asked A.W. young five different times face to face to put me on protected custody he (stated no).

plaintiff gave the above defendants advance notice of his enemys, and on jan. of 2011 they turn around in displayed their un-willingness to provide plaintiff with a reasonable amount of care and placed him in the cell with another non-muslim from D-C. Thats evidence they dont care.

(9)

Continue:
Statment of facts:

21.) Defendant Grenot acted with malicious intent and threaten plaintiff with (205) infractions because plaintiff filed grievance on her back in sep./12 or 13/2010. In light of the circumstances confronting the fact that plaintiff would not talk to defendant Grenot. because of the racist statment she made to another blackman ● nexts door to me on I block. "defendant Grenot" stated all you black niggar's like pulling out your d__k@ to beat off on me. "I definitely refused to say anything to that individual. her underlying intent and motivation was and is improper.

Defendant Grenot. have harassed me, pushed me called me (nut jobs) racial comments, lied and fabricated infractions on plaintiff and attacked and assaulted plaintiff cutting his left wrist with the teeth of her handcuffs. All her above actions were under the scope of her employment. Defendant Grenot seized plaintiff legal mail violating plaintiff due process rights. taking his property without any infraction writen as to why his property was taken, nor showed any probable cause.

defendant Grenot on 4/2/11 lack justfication For excessiveness force she used not in good faith a effort to maintain order, plaintiff was walking out the cell Face Firts defendant Grenot pushed plaintiff in the chest so hard he fell of his feet and hit the bed. plaintiff looked up with his hands cuffed behind his back and saw defendant **Grenot** smiling. frequently arise of bad issue's between this officer inmyself. I stay way From this defendant.         (10)

Continue:
Statment of facts:

22.)   %Hamilton used inappropriate an improper use of excessive force by pushing plaintiff in the back making his face hit the wall in the rec or holding cell, Threatens plaintiff and harassing plaintiff with numerous cell seaches. distroying plaintiff legal mail out of Retaliation. violating plaintiff rights to due process, of taking all of plaintiffe personal property without a U.D.C. hearing or a D.H.O. Hearing of any kind, "And with out a writen infraction. of why plaintiff's personal property was taked.

23.)   %Ditz committed the prohibited act of punching plaintiff in the face on G-Block and reading plaintiffs legal mail distroying plaintiff b.i.p.8,9,10,11, that were in envelops on their way out to the regional and central office. un-justified taking plaintiff personal property. assaualting plaintiff out of retaliation all under the scope of his employment.

24.) %Vegh. discrimination against plaintiff by his own omission in the scope of his employment mistreated plaintiff on G-Block by ripping up his legal papers ance plaintiff vioced his argument %vegh walked in the cell and ponched plaintiff in the belly and Kicked plaintiff in the sack. plaintiff hands were cuffed behind his back the whole time, %Combee %Zieder L.T. Mattenly %tharp and %Hamilton all are a part of the institutional (good old boys) Assault team Racially motivated watch %vegh ...

Continue:
 Statement of facts:

C/o vegh along with C/o Ditz C/o Hamilton C/o Tharp all watched and did nothing to stop it. Unequal protection racial harassment by this officer in his group of assault team.

25.) C/o Whittaker out of retaliation attacked and assaulted plaintiff on C-Block in the officials offices outside of view of camera, the other members ~~were~~ from the assault team was still seaching my cell C/o Whittaker stated you dont take my name off your lawsuit I will bring you back up here and give your more of this and grabbed my neck with his hands and squeezed as hard as he could, I could not breath and my hands were coffed behind my back, case manager Hamilton walked in and laughed and didnot say anything.

26.) case manager Hamilton Threaten plaintiff and **denied** plaintiff his constitutional rights, by refusing him to re-view his central files, and taking plaintiff central file home to let her sister C/o Grenot and Husband Hamilton read my whole central files without a judg order or the wardens order or my order, case manager Hamilton, expressed her racial hatred towards plaintiff by having the racist assault team seach my cell down two times a day for a whole week. case manager Hamilton spit in plaintiff face when plaintiff left to see D.H.O, plaintiff was walking back to his cell.   (12)

Continue:
Statment of facts:

27.) Defendant webb is liable for the unconstitutional violations in the events of her fabricated lies and knew or should have known that sprading lies about plaintiff to knew Femal officials, under the scope of her employment fabricating plaintiff case around to inmate to. stating that plaintif told on % Females who had sex with inmates telling inmates that they should not say anything around plaintiff because he is a ~~snich~~ sntch placing plaintiff life in danger.

28.) Defendant Buff committed the prohibited act in march of 2010 on E-Block % Buff % Stugard spit into plaintiff Food plaintiff was on hunger strcke for (13) teen days plaintiff missed over (37) meals. because they would not allow plaintiff to pick the try's he wanted off the tray cart. They brought plaintiff tray to him by itself. % carpenter stated I not only spit in your food, I also put rat posion in your food to. I filed on him defendant carpenter and % Buff. Lti Harper ripped up the bip. 8@ that I Filed.

29.) Lti Scampoon placed plaintiff in restraints along with Lti johnson as tight as they could get them and before they left out the cell I was in punched and kicked me stating this what we do to niggaer's who File on are family member's in Friends Lti Scampoon then spit in plaintiff Face and left.

(13)

Continue:
Statement of facts:

**30.)** Defendant Olsheskie mailroom supervisor
Violated a clear establish law of which a reason-
able person would have known, It is no defense
that Olsheskie did not have actual Knowledge
of his staff taking out important documents
of Plaintiff incoming legal mail and refusing to
answer plaintiff's request of how many legal
letter came in for the whole month of may
and jun of this year? for me.?

on sep. 2010 I mailed you request after
request and you refused to answer, you are not
immune if their conduct was clearly unlawful.

**31.)** Defendant Nivel refused to send plaintiff
his b.p. 8⊚ and 10⊚, to plaintiff and held
plaintiff administrative remedy's in her office
and then mail plaintiff a rejections notice
stating plaintiff filed out of time. which is
not the case, Defendant Nivel deprived plaintiff
his right to access the administrative remedy
act to be able to file effectively.

Defendant Nivel inappropriate conduct
shows her negligence towards plaintiff

(14)

Continue:
Statement of Facts:

32.) Defendant Francis Fasciana. Refused to provide plaint-iff with medic care in-which is a medical malpractice. Defendant Fasciana intention was malicious adverse action to not uphold policy or the standard of measuring the adequacy of prison officials. Plaintiff needed toe nail removed from the pain it cause him daily. Defendant told plaintiff no medic will help you here because you filed on us.

33.) Defendant Berkoski. Falsified plaintiff document and change plaintiff instance offenese around from what he is incarcerated for, Defendant Berkoski showed racisal actions towards plaintiff by telling skinhead he stabbed in beat up skinheads when plaintiff was on differeant compounds, under the scope of his employment.

~~Conxxxxxxxx~~:

34.) Defendant Edenger jr. committed the prohibited act of spreading lies about plaintiff to inmates and the female staff and making racist comments and statements on 3/21/11 or around that date %o Edenger jr. took plaintiff to the shower's by himself, plaintiff did not have a cellie at that time. %o Edenger jr waited until I was stepping into the shower to push me in the back causing my face to hit the back of the shower, when I turn around to tell him off he spit in my face locked the shower door and didnot remove the handcuffs from me, plaintiff stayed handcoffed with hands behind his back for a whole hour. The next ~~shit~~ shift let me out.

(15)

Continue:
Statement of facts:

35.) Defendant unit manager Admir. On jan 19,11 defend
-ant moved me off of B-Block to c-Block and by His
own omission placed me in the cell with a non-muslim
and a inmate from D.C. After I already gave defend
ant a Notice of complaint of all my enemys and stated
I donot like or get along with D.C. inmate's, by His
intent to be malicious and sadistic towards plaintiff
for filing grievance on him to regional direct. All the
officer's and counselor stated before I was placed in the
cell with this inmate stated it would not work. "I ask
them counselor Edenger, counselor Rank C/o Harley case mana
ger Hamilton is it their intention to place me in a cell
against my will with a non-muslim? They stated this
move was made by unit manager Admir and we cannot
change it he is are boss. After being in the cell
one night the very next morning the D.C. inmate jumped
plaintiff from behind while the officials stood there in
did nothing all the bystanders watched and said nothing
A.w. young, perrin, Heath, Hamilton, warden Bledsoe, Hudson
did nothing to stop it. "A.w. young stated once I
was removed from the cell stated those are the
(breacks). and smiled.

36.) Defendant Shade " on jan/17/or around that date
took plaintiff and his cellie to the C/o office because my
cellie had a complaint. "As they were taken me and my
cellie back to the cell C/o shade turn around and punch
ed plaintiff in the belly as hard as he could plaintiff
bend over, C/o shade then slammed plaintiff to the ground.

(16)

continue:
Statement of facts:
    Conclusion:
       plaintiff would like % moffat removed
from plaintiff defendant list and from **plaintiff** case.

  "I donot believe that any of the defendants received
any hardship from plaintiff Amending his complaint
plaintiff thats this Honorable Court and Honorable
judg muir, for allowing the corrections to be made
the date of August 30,2009, is the correct date not
August 29,2010, and the date of Nov,26,2009 another
assault after plaintiff gave warden Bledsoe actual knowledge
of his forseeabl Risk of harm.

    Plaintiff state's that the above information is true
and corrected ~~to~~ the best of his understanding.

        Respectfully submitted
        Norman N. Shelten
        #45969066 / 7/7/11
        U.s.p. Lewisburg
        P.O. Box 1000
        Lewisburg pa 17837

I declare under penalty of perjury that the foregoing is true and correct.


Signed this _Tues (4)_ day of _____july_____, 20 _11_ .

_____Norman Walter Sleettos_____
(Signature of Plaintiff)

4

# Table of Contents

① Two Admendment Complaints,
② Declaration / statement of facts,
③ Brief in support of plaintiff's Amended Complaint,
④ Exhibits of all the infraction plaintiff filed on defendants

Respectfully submitted
Norman N, Shelton #45969086
U,S,P,Lewisburg
P,O, Box 1000
Lewisburg Pa 17837,

# Certificate of Service

I norman n, Shelton, state under penalty of perjury
that plaintiff mailed the above motion to the following
address.

To
Office of the Clerk
United States District Cout
middle District of pennsylvania
U,S, courthouse suite 218
240 west third st,
Ø williamsport, pa, 17701-6460,