United States District Court
for the
Middle District of Pennsylvaina

Norman N. Shelton
        plaintiff
    "vs"                              Case No. 4:11-cv-00368 MM-DB
        Defendants
Warden Bledsoe et al.

Motion Requesting Issuance of Subpoena,

FILED
WILLIAMSPORT, PA
JUL 22 2011
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Statement of Case;

1.) On February 25, 2011 Norman Nabir Shelton, an inmate confined in the united State penitentiary, Lewisburg [USP. Lewisburg] pennsylvania filed the above captioned Bivens action pursuant to 28. U.S.C. §1331. Plaintiff names as defendants thirty two (32) Employees of U.S.P. Lewisburg. Plaintiff raises claims of deliberate indifference to his safty and excessive use of force with regards to events surrounding and August 30.09 assault upon plaintiff cell mate and another assault on Nov 26, 2009. % officials forced plaintiff against his will to take another gang member into his cell. "And who attacked plaintiff on nov. 26.09

2.) Plaintiff also raises racial discrimination, By staff and complaints of the malicious, mistreatment, Including corporal punishment, the use of restraints to cause harm and suffereing to plaintiff, harassment and being deprived of water, lights and sleep.

3.) In the sprit of the 1st Amendment and pursuant to rule 11 and rule (45) on the federal rules of civil procedure respectfully moves/asking this honorable court to issue a Subpoena (3) for the following reasons.

Continue,

4.) Plaintiff asserts that this motion is not being presented for any improper purpose, such as to harass, cause delay or needlessly increase the **cost** of litigation and that the factual contentions. To ensure that plaintiff receive the necessary relief from all the defendants in this case. (1) Mistreatment, (2) harassment (3) filing fabricated incident reports, (4) bulling and punching plaintiff in the back. (5) Threating plaintiff that he will stay in the smu program Lewisburg for another (30) months if he lose this case. (6) Retaliation by all defendants.

5.) Unit manager Brewer, stated to plaintiff that A.W. Young told him that I will do another (30) month here at Lewisburg, because of my filing grievance's and this law suite. Specific Complaint: As of date 7-1-2011 I have been within the custody of s.m.u.-Lewisburg for a total of #(24) months. As stated in s.m.u. program statement section b.) Referral procedures: "If an inmate is not recommended by the unit team for redesignation after #(24) month a refferral for continued s.m.u. designation must be submitted to the regional Director,

6.) It futher states in section c. S.M.U. failures, If an inmate continue to exhibit disruptive conduct after (6) additional months in smu. The inmate may be refferred for designation to another smu an appropriate facility.) "I am asserting the fact that this program has failed me. Because I received (35) different fabricated lying incident reports and cannot win over their retaliation. I am a program failure. To submit for an additional #(6) months here @ smu Lewisburg would prove my anticipated failure.

(2)

Continue.

7.) Attempet Resolution: Plaintiff have spoken with his unit team and C.M.C. Requesting to be redesignated to an appropriate facility which is consistent with my security level other then S.M.U. Lewisburg. For I have already failed the program. (Relief soughted) To be removed from S.M.U. Lewisburg forthwith, I need to be redesignated to another facility. They are breaking policy by keeping inmates here after (30) months, thats doulbe jeopardy and violation of Due process.

8.) Plaintiff moves this honorable court to remove plaintiff from this institution for his saffty as well as his mental state of being. "In plaintiff Amended complaint. the grounds for that motion was to add misnamed defendants in their actions. The charge is purely technical no person could possible have been mislead or prejudice by the mistake sought to be amended.

9.) Plaintiff wish to state that plaintiff mention a defendant C/O Crawley and his other amended complaints. And pray that this honorable court place his name amoung the other defendants in this case. " C/O Crawley is the one who spit in plaintiffs food and in plaintiffs face, on C-Block showers feb. 2011 punched plaintiff in the back on G-Block 2010 and slammed plaintiff up against the wall on I-Block. called plaintiff the n-word to his face stating if plaintiff donot drop this case. That he will put a sheet around plaintiff neck and state plaintiff hung himself because of mental stress. plaintiff pleas to this honorable court for not adding his name to the amended complaint plaintiff just filed. C/O took plaintiff property at the time of filing. It was their way of delaying me.

(3)

Conclusion:

10.) Plaintiff moves this honorable court to command each person to whom it is directed to do the above and redesignate plaintiff to another institution.

Plaintiff do hereby certify under the penalty of perjury that the herein statement are facts and true to the best of my knowledge. Plaintiff also would like counsel to be given to plaintiff. Because plaintiff no longer have legal books to help guide him.

Dated: 7/20/11

Respectfully Submitted
Norman W. Shelton #45969-066
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg Pa 17837

Certificat of Service

Plaintiff certify under penalty of perjury that he mailed the herein motion to the following addresses

To: United States District court
middle district of Pennsylvania
U.S. courthouse suite 218
240 west third st.
Williamsport pa. 17701-6460.

P.S.
Plaintiff have to request a docket sheet from the clerk of courts to find out what motion they filed because they never mailed plaintiff nothing.

To: U.S. Department of justice
United States Attorney's office
middle District of pennsylvania
228 Walnut st. suite 200
Harrisburg Pa. 17108.

Inmate Name: Norman J. Shelton
Register Number: 45969-066
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

JUL 21 2011

Legal Mail

HARRISBURG PA 171
21 JUL 2011 PM 2 L

Office of the Clerk
United States District Court
Middle District of Pennsylvania
U.S. Courthouse Suite 218
240 West Third St.
Williamsport, PA 17701-6460

17701646D