United States District Court
for the
Middle District of Pennsylvania

RECEIVED
WILLIAMSPORT
JUL 27 2011
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Norman N. Shelton,
  Plaintiff

"vs"                                   Case No. 4:11-cv-00368 MM-DB

                    defendants,
Warden Bledsoe, et al

## Motion in Opposition for Enlargement of time.

The plaintiff, moves this honorable Court for an Opposition and to dismiss. Defendants motion for Enlargement of time, pursuant to Fed. R. Civ. P. 6(b) In response to plaintiff's Amended complaint (Docs. 58-60) And there of plaintiff avers the following.

1.) On February 25, 2011 Norman N. Shelton, an inmate confined in the United States penitentiary, Lewisburg (U.S.P. Lewisburg). Pennsylvania filed the above captioned Bivens action pursuant to 28 U.S.C. §1331. He names as defendants thirty two (32), employees of U.S.P. Lewisburg. plaintiff raises claims of ~~def~~ Deliberate indifference to his safety and excessive use of force with regard to events surrounding an alleged August 30, 2009 and on Nov. 26, 2009. Assaults upon him by his cellies, "In addition plaintiff generally states racial discrimination by staff and complaints of various forms of mistreatment, including "corporal" punishment, the use of restraints, harassment and being deprived of water, lights, sleep.

(1)

continue.

2.) Presently before the Court are defendants motion for a enlargement of time. For the following reason the defendants motion should be dismissed. The defendants have ignored plaintiff complaint from day one. Plaintiff did not know (or) receive any information about defendants waivers and when they were due. Plaintiff learned about defendants waiver from Docket sheet provided by the clerk of courts. Nor did defendant's ~~asking~~ comply with interrogatories, discovery....

3.) And then defendants moved stright to summary judgement and now defendants are asking this honorable judge for an enlargement of time note the insufficient reason that they stated requesting a enlargement of time should be dismissed. [Because of newly named defendants].

**Discussion:**

1.) Courts must exercise their discretion to enlarge time in a manner that is fair to the plaintiff in this case and consistant with mandate of Fed.R.Civ.P. the defendants are creating a substantial and unreasonable delay.
The amended complaint was intented to emphasize the Court's duty to ensure that ~~big~~ litigation is resolved without undue cost (or) delay.

2.) Defendants had c/o Crawley who ~~Ive~~ mention in one of my amended complaint to be listed with the defendants, searched plaintiff cell on 7/23/11 And took plaintiff b.p. 110 all of them from central offices. As way of reprisal conduct, ~~I~~ Its the Court responsibility to ensure that factually unsupported claims made by the defendants should be dismissed.

(2)

Continue,

Conclusion:

"The defendant's have everything one could ask or want right at their finger's tip's. "Time, money. computer's, secretary's, researchers, and other litigents. plaintiff will agree with an extention of time #(20) days That would be equitable. plaintiff moves this Court to dismiss the defendants motion for an enlargement of time.

Certificate of Service

I Norman M. Shelton, Do declare under penalty of perjury that the following is true and correct to the very best of my understanding, "That I've mailed enclosed motion to the following address,

To:
United States District Court
Middle District of pennsylvania
U.S. courthouse suite 218
240 west third street
williamsport, pa. 17701-6460

To:
United States Attorneys office
Middle district of pennsylvania
228 walnut st, suite 200
Harrisburg, penn. 17108-1754.

Admin. Remedy No.: 622324-F1
Part B- Response

## ADMINISTRATIVE REMEDY RESPONSE

This is in response to your Request for Administrative Remedy dated January 6, 2011, wherein you claim a staff member shows preferential treatment to white inmates and has not addressed your mental problems. You claim you requested to speak with the staff member while you were in the shower and the staff member just walked away.

A review into this matter was conducted and the staff member was interviewed. The staff member stated you did not verbalize any complaints while making rounds and denied showing preferential treatment to white inmates. In addition, no evidence to support your claim of staff misconduct has been discovered.

In view of the above, there is no basis for relief, and your request for Administrative Remedy has been denied.

If you are dissatisfied with this response, you may appeal to the Regional Director, United States Federal Bureau of Prisons, Northeast Regional Office, United States Customs House - Seventh Floor, Second and Chestnut Streets, Philadelphia, PA 19106, within twenty (20) calendar days from the date of this response.

_1·26·11_  
Date

_[signature]_  
B. A. Bledsoe, Warden

This is Exhibit cs on pyschology mink, c/o Crawley took the b.pill and the rest of this b.p.9. I would like to enter on Defendant mink.

"Racial discrimination"

Thank you,  
Norman A. Shelton  
#45969-066 / 7/23/11  
U.S.P. Lewisburg  
P.O. Box 1000  
Lewisburg Pa. 17837

United States District Court
for the
Middle District of pennsylvania

Norman N. Shelton
        Plaintiff
    "vs"                                   Case No. 4:11-cv-00368 WJN-DB
            defendants
Warden Bledsoe et al

# ORDER

Now, this _____ day of _____, 2011 Upon consideration of plaintiff in Opposition to defendant's motion for enlargement of time, IT IS Hereby Ordered that defendant's motion is denied. The original defendant's may file their response to the plaintiff Amended Complaint within #(20) days after service of the Amended complaint upon the newly named defendants.

                                    Malcolm Muir
                                    United States District judge

Inmate Name: Norman Shelton
Register Number: 41596-066
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

Legal mail

JUL 23 2011

United States District Court
middled District of Pensylvania
U.S. courthouse, suite USA
240 west third street
williamsport, pa, 17701-6466

HARRISBURG PA 171
25 JUL 2011 PM 4 L

RECEIVED
WILLIAMSPORT
JUL 27 2011
MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

17701385450

USA FIRST-CLASS FOREVER