Unite States District Court
for the
Middle District of pennsylvania

Norman N. Shelton
                   Plaintiff

     :

     :   Case No. 4:11-CV-00368 WJN-DB

"vs"

                         defendants,
Warden Bledsoe et al,

**RECEIVED**
**WILLIAMSPORT**

JUL 2 8 2011

MARY E. D'ANDREA, CLERK
DEPUTY CLERK

## Affidavit for Entery of Default

Plaintiff Norman N. Shelton, declare under penalty of prejury state the following is true and correct.

1.) I am the pro-se plaintiff in the above entitled matter, "The defendant warden Bledsoe et, al. was served with a copy of the summons and complaint as appears from the proof of service on file.

2.) The defendant warden Bledsoe et, al has not filed or served an answer or taken other action as may be permitted by law although more than (55) days have passed since the date of service. (motion #50 on Doc sheet).

Norman Nabir Shelton #45969-066
U.S.P. Lewisburg
P.O.Box 1000
Lewisburg Pa. 17837

Certificate of Service

I Norman el. Shelton, Declare under penalty of perj-
-ury that I mailed the enclosed motion into the District
Court as followed.

To.
   United States District court
   middle District of pennsylvania
   u.s. courthouse, suite 218
   240 west third street
   williamsport pa. 17701-6460



Inmate Name: Herman H. Shelton
Register Number: 45-969-066
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

Legal Mail

HARRISBURG PA 171
27 JUL 2011   PM 11 L

RECEIVED
Williamsport, Pa.
JUL 2 8 2011
MARY C. D'ANDREA, Clerk
For _____ DEPUTY CLERK

RECEIVED
WILLIAMSPORT
JUL 2
MARY E. D'......
Per _____ DEPUTY CLERK

Office of the Clerk
United States District Court
Middle District of Pennsylvania
U.S. Court House Suite 218
2/0 West Third Street
Williamsport, Pa. 17701-6460