United States District Court
for the
Middle District of Pensylvania

Norman N. Shelton
   Plaintiff

"vs"        Case No. 4:11-cv-00368 W.J.N.

    defendants,
Warden Bledsoe, et al.

## Motion for the Appointment of Counsel

Plaintiff Norman N. Shelton, pursuant to § 1915, requests this honorable Court to appoint counsel to represent plaintiff in this case for the following resons.

1.) The Plaintiff is unable to afford counsel.

2.) The issues involved in this case are complex and the larg amount of defendants.

3.) The Plaintiff, as a segregated inmate, has extremely limited access to the law library.

4.) The Plaintiff has a limited knowledge of the Law.

7/26/11 dated.
Norman Maber Shelton
#45969-066
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg Pa. 17837.

FILED
SCRANTON
AUG 01 2011
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK



Inmate Name: Norman A Shelton
Register Number: 45969-066
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

Legal Mail

RECEIVED
SCRANTON
AUG 01 2011
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

Office of the Clerk
United States District Court
Middle District of Pennsylvania
William J Nealon Federal Bldg, U.S.
Courthouse
235 North Washington Ave.
P.O. Box 1148
Scranton, Pa. 18501-1148