United States District Court
for the
Middle District of Pennsylvania

FILED
SCRANTON
AUG 0 1 2011
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Norman N. Shelton,
    Plaintiff

"vs"

Case No. 4:11-cv-00368 W.J.N.

defendants.

Warden Bledsoe, et al

## Affidavit in support of the plaintiff's Motion for the Appointment of Counsel

Norman N. Shelton, Do declare under penalty of perjury states the following to be true and correct to the very best of my knowledge and understanding.

1.) I am the plaintiff in the above entitled case. I make this affidavit in support of plaintiff's motion for appointment of counsel.

2.) The complaint in this case alleges that the plaintiff was subjected to being assaulted by two different gang members, and the misuse of force by several correctional officers some of whom actively beat and kicked me and other of whom watched and failed to intervene. It alleges that supervisory officials were aware of the violent propensities of some of the officers and are liable for failing to take action to control them. The Plaintiff was subsequently denied due process in a disciplinary hearing done by chambers, and his appeal was denied by the warden. He was denied ordered medical/care by the prison medical administrator and the deputy warden for administration.

3.) This is a complex case because it contains several different legal claims, with each claim involving a defendant set of defendants.

"continue to next page."

4.) The case involves medical issues that may require expert testimony. Plaintiff has demanded a jury trial.

5.) The case will require discovery of documents and deposition of a number of witness.

6.) The testimony will be in sharp conflict, since the plaintiff alleges that the defendants assaulted him, while the defendants fabricated a lie disciplinary reports asserted that he assaulted them.

7.) The Plaintiff has only a high school education and has no legal education. The plaintiff is serving a sentence in puntive segregation, for this reason he has very limited access to legal materials and has no ability to investigate the facts of the case, for example, by locating interviewing the other inmates who were eye witness to Plaintiffs beating. As set forth in the memorandum of law submitted with this motion, these facts, along with the legal merits of the Plaintiff's claims support the appointment of **counsel** to represent the plaintiff.

Wherefore, the Plaintiff's motion for the appointment of counsel should be granted,

Submitted,

Norman W. Shelton #45969-066
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg, Pa. 17837

dated, 7/26/11