UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

NORMAN N. SHELTON, :
:
    Plaintiff : No. 4:CV-11-0368
:
vs. : (Judge Nealon)
:
:
WARDEN BLEDSOE, et al., :
:
    Defendants :

## ORDER

**AND NOW, THIS 10th DAY OF AUGUST, 2011,** upon consideration Defendants' motion for enlargement of time within which to respond to Plaintiff's motion for temporary restraining order, see (doc. 56), **IT IS HEREBY ORDERED THAT** Defendants' motion for enlargement of time (Doc. 65) is **GRANTED**. Defendants may file their brief in opposition on or before August 11, 2011.

*[signature]*
United States District Judge

FILED
SCRANTON

AUG 1 0 2011

PER _____
DEPUTY CLERK