#Courts Amendment complaint

**FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) Norman K. Shelton  45969-066
(Name of Plaintiff)    (Inmate Number)

U.S.P. Lewisburg P.O.Box 1000, Lewisburg, Pa. 17837
(Address)

(2) _____
(Name of Plaintiff)    (Inmate Number)

_____
(Address)

(Each named party must be numbered,
and all names must be printed or typed)

FILED
WILLIAMSPORT
JUL 11 2011
PER _____ DEPUTY CLERK

4:11-cv-00368-WJN
(Case Number)

vs.

(1) Warden Bledsoe
(2) A.W. Young
(3) A.W. Hudson
(Names of Defendants)

(Each named party must be numbered,
and all names must be printed or typed)

CIVIL COMPLAINT

TO BE FILED UNDER: ____ 42 U.S.C. § 1983 - STATE OFFICIALS
                     ✱  28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. **PREVIOUS LAWSUITS**

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

Filed habeas corpus, and a civil complaint in Florida, and this civil suite. The one's on habeas corpus where to get time cuts.

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? __X__ Yes ____ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? __X__ Yes ____ No

C. If your answer to "B" is Yes:

1. What steps did you take? _Plaintiff filed b.p.8 to the institution 9, 10. and b.p.11® to central office._

2. What was the result? _all were exhausted_

D. If your answer to "B" is No, explain why not: _N/A_ _N/A_

## III. DEFENDANTS

(1) Name of first defendant: _Warden Bledsoe_
Employed as _Warden_ at _U.S.P. Lewisburg_
Mailing address: _P.O. Box 1000 Lewisburg, Pa. 17837_
(2) Name of second defendant: _A.W. Young_
Employed as _Associate Warden_ at _U.S.P. Lewisburg_
Mailing address: _P.O. Box 1000 Lewisburg, Pa. 17837_
(3) Name of third defendant: _A.W. Hudson_
Employed as _Associate Warden_ at _U.S.P. Lewisburg_
Mailing address: _P.O. Box 1000 Lewisburg, Pa. 17837_
(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. _On August 30, 2009 "I" was forced to go into a cell with a gang member against my will. the gang member an myself told the officials_

2

That it would not work out between us, they

2. forced and threaten me and put me in the cell. On cell rotation of August 30, 2009, I was placed in handcuffs and inmate Graham #11510-031 began assaulting me with multiple punches and kicks to my

3. face and body. S.M.U. officials stood there and watch for a whole three minutes and did nothing to stop it. Once inmate stoped C/O Raup C/O Whittaker Lt. Heath came into the cell slamed me to the ground while my were cuffed behind my back. after they sprade me in the face with gass. [see Declaration/Statement of Facts]

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Violation of Eighth Amendment to U.S. constitutions
   (1) Excessive use of force
   (2) Denial of medical care
   (3) Racial discrimination.

2. Violation of the First amendment to U.S. constitution
   (1) Retaliation for seeking relief from grievance's and law suite.
   # compensatory damage's of $10,000 (joint) and puntive damages $500,000 as to defendant warden Bledsoe

3. A.W. young, A.W. Hudson captain trate. And $50,000 as to all the other defendants.
   Injunction Relief enjoning defendant from further retaliation from harassment and corporate punishment.

## Declaration under penalty of perjury:

Continue:
Statment of facts.

4.) Defendant L.T. Heath, acted intentionally and purposefully place her knee and the back of plaintiff's neck, cutting of his breathing.

5.) C/o Whittaker defendant acted in reckless disregard of and towards plaintiff by slamming plaintiff to the floor while plaintiff was passively and handcuffed behind his back and defendant Whittaker punched and kicked plaintiff in his left side of his body.

6.) Defendant C/o Raup with callous indifference to the plaintiff rights and punched kicked plaintiff in his right side of his body. plaintiff could not breath and yelled he could not get any air. "The gass was burning plaintiff skin of his face neck and back and defendant C/o Raup stated we want you to suffer. we dont care if you can breath. "Didnot know his name at the time.

7.) Defendant Potter medical examiner witness plaintiff wands that he sustained and the actual injury and the nature of his damages and refuse to give plaintiff's any medical care. Or any medicin for the pain he was in. Didnot know his name at the time of incident.

8.) L.T. Galletta, committed the prohibited criminal act towards plaintiff by attacking and assaulting plaintiff out of view of the surveillance t.V. punched and slamm plaintiff up against the wall, Defendant Galletta carried out lawful activities with unnecessary harshness and abused official power and took unfair advantage of the plaintiff. Lt. Galletta violated my constitutional rights to from corporal punishment. by " " (a) placing me in restrants..