United States District Court
Middle District of Pennsylvania

Norman W. Shelton
       Plaintiff
"vs"

       defendant
Warden Bledsoe, et, al

No. 4:CV-11-0368
Judge Nealon

FILED
SCRANTON
AUG 2 2 2011
Per_____
DEPUTY CLERK

Motion for Reconsideration
Under Fed R. civ. P. 5.(a).

Backround, On February 25, 2011 Norman W. Shelton, an inmate confined in the United States penitentiary, Lewisburg (USP Lewisburg) Pennsylvania, filed the above-captioned. Bivens action, pursuant to 28 U.S.C. § 1331 He raised claim of deliberate indifference to his safty and excessive use of force with regarding his resulting medical care. being refused, and events surrounding an alleged August 30, 2009. assault upon him by his cellmate, and claims of racial discrimination by staff and complained of various forms of mistreatment, including corporal punishment, the use of restraints harassment, and being deprived of water, lights, and sleep.

Statement of order, from the courts on August 10, 11, Courts review of plaintiff's amended complaints reveals that plaintiff's second amended complaint (Doc. 60). is a duplicate copy of the first three pages of plaintiff's first amended complaint (Doc. 58). The Courts stricken (27) defendants who are now retaliating against plaintiff, laughing at plaintiff calling him dum and givens him the middle finger. A lawyer would not have missed or made such a big error in this case.

1.) Discussion,
   Now that the (27) defendants were dismissed from this case, the absence of justice in which have descend to the level of unreasonab

-leness, the inappropriate excessive use of force indistinguishable retaliation, intimiation and lack of duty of care, in-adequate treat--ment and constitutional violation, the actions of these officers show their lack of responsibility of shaping, developing and improving the procedures in-which they all by=pass the sense and simple terms of life and justice.

2.) plaintiff moves this honorable Court to reimburesemen of the exhibits in documents plaintiff mailed in to this honor--able Court? Defendant Bledsoe, young, trate, Hudson, perrin should also be placed back in the pending case because they all was give forseeable risk of harm and turn around and placed plaintiff in a cell again on Nov. 26, 2009, and the gang member jumped on him from behind, "plaintiff was forced by %o Raup and %o Zieder, plaintiff's prays that this honorable Court replace named defendants back on defendant list.

3.) Question, plaintiff wants to know can he re-file a New complaint on all the other defendants that was dissmissed from plaintiff docket case?

4.) Plaintiff also move this court to Order Dismissed defendants to stop harassing plaintiff, by spiting in his face because they are off this case.

plaintiff prays that this honorable Court remove plaintiff from this institution and allow plaintiff a lawyer.

(Certificate of Service)

I declare under penalty of perjury that the following is true and correct. That I placed Motion in mail box to be mailed to the following address.

To: Office of the Clerk
United States District Court
Middle District of Pennsylvania
William J. Nealon Federal Bldg, U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, Pa. 18501-1148

Clerk of Courts,
  Please mail me a U.S.C. 1331 <u>Bivens</u> law suite package!

Thank you!

8/18/11

Vernman Shelton
45969-066
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg Pa 17837

Legal Mail

Norman N. Shelton #45969-066
United States Penitentiary
P.O. Box 1000
Lewisburg Pa. 17837

8/18/11



HARRISBURG PA 171
19 AUG 2011 PM 4 T

Office of the Clerk
United States District Court
Middle District of Pennsylvania
William J. Nealon Federal Bldg. U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton Pa. 18501-1148

RECEIVED
SCRANTON
AUG 22 2011