United States District Court
Middle District of Pennsylvania

Norman Shelton
      plaintiff,
  "vs"

Warden Bledsoe et, al  defendant,

Case No. 4:11-cv-00368 W.J.N.-D.B

**FILED
SCRANTON**

SEP 19 2011

PER _____
    DEPUTY CLERK

Dear Clerk of Courts,

   Please notifie the honorable judg Nealon, That the defendant's are witholding all my in-coming legal mail so I donot be able to respond to whatever the Courts has order. "This is my fifth attempt to receive a Docket sheet from this court, "They "Defendants" have thrown away my mail to this honorable Court, Plaintiff do not know if his restraining Order and preliminary injunction was Granted or not? or Plaintiff Reconsideration motion, was it Granted or not?

   Please mail me a docket sheet of the above case, and Please Notifie the honorable judg in this case to.

        Thank you!

I declear under the penalty of perjury that submitted   Norman Shelton
the above is true and correct to the                    #45969-066
best of my knowledge.                                    P.O. Box 1000
                                                         Lewisburg Pa.
        Dated. 9/15/11                                   17837

Norman N. Shelton
#45964-066
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg, Pa. 17837

HARRISBURG PA 171
15 SEP 2011 PM 4 L

United States District Court
Middle District of Pennsylvania
William J. Nealon Federal Bldg U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, Pa. 18501-1148

"Legal Mail"