United States District Court
Middle District of pennsylvania

Norman N. Shelton
                    Plaintiff

       " VS "

               defendants
Warden Bledsoe et al

No: 4-CV-11-0368
(judge Nealon)

FILED
SCRANTON

SEP 11 2011

Per_____
DEPUTY CLERK

Plaintiff's First Request for Production
of Documents,

Pursuant to rule 34 of the federal Rules of civil Procedure,
Plaintiff requests that Defendants Heath, Potter, Galletta, whittaker,
and Raup, produce for inspection and copying the following documents.

1.) The complete prison records of Plaintiff,
2.) All written statements, originals or copies, identifiable as reported
    about the incident on August 30, 2009, made by prison and civilian
    employees or the department of federal bureau of prisons, who witness it.
3.) Any and all medical records of plaintiff from the time of his incarceration
    in U.S.P. Lewisburg s.m.u. Institution through and including the date of your
    ~~respond~~ response to this request.
4.) Any and all rules, regulations and policies of the U.S.P. Lewisburg program
    about treatment of prisoners,

   Dated 10/6/11
   Norman N. Shelton #45969-066
   U.S.P. Lewisburg
   P.O. Box 1000
   Lewisburg Pa, 17837

# Discussion

① Plaintiff wishes to know the finding as to Plaintiff's motions for preliminary injunction and Temporary restraing order?

② Plaintiff also wishes to know the finding of this Honorable Court for Plaintiff's motions for ~~consi~~ Re-consideration?

# Conclusion,

Plaintiff wish to inform this Honorable Court that defendants are retaliating ~~oug~~ against plaintiff taking incoming mail/holding it, and throwing away other legal in-cell documents, And ~~find to~~ fabricating infraction on Plaintiff by harassing and bulling plaintiff. Plaintiff look to this honorable Court for relief from the above.

Submitted
Norman N. Shelton    #45969-066
#45969-066
U.S.P. Lewisburg
P.O.Box 1000
Lewisburg Pa. 17831

Certificate of Service

I Norman N. Shelton, Declare under penalty of perjury that the foregoing is true and correct, that I placed motion in the mail box to be mailed to the following address,

To,

United States District Court
Middle District of pennsylvania
William j Nealon federal BLDG, US, courthouse
235 North washington Avenue
P.O. Box 1148
Scranton Pa, 18501-1148

Inmate Name: Norman W. Shelton
Register Number: #45969-066
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

RECEIVED
SCRANTON

OCT 11 2011

PER _____
DEPUTY CLERK

Legal Mail

HARRISBURG PA 171
07 OCT 2011 PM 3 L

United States District Court
office of the Clerk
Middle District of Pennsylvania
William J. Nealon Federal Bld. U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton Pa. 18501-1148