FILED
SCRANTON
OCT 24 2011
PER _____
DEPUTY CLERK

United States District Court
Middle District of Pennsylvania,

Norman N. Shelton,
    Plaintiff,

"vs"

    defendants,
Warden Bledsoe et al

No. 4:CV-11-0368
(Judge Nealon)

## Plaintiff's Motion in Opposition to Defendant Motion for Summary judgment,

The remaining defendants Whittaker, Heath, Potter, Raup, and Galletta, violated the United States Constitution of the eighth Amendment against Plaintiff Norman N. Shelton, And by their own omission also attacked and assaulted Plaintiff by their own omission. Plaintiff ask this Honorable Court to enter and grant Plaintiff motion in opposition to Defendants motion for Summary judgment. A Brief in support of this motion will be filed in accordance with M.D. Pa L.R. 7.5.

United States District Court for the
Middle District of Pennsylvania

Norman U. Shelton
    Plaintiff

"vs"

    et, al,
Warden Bledsoe defendants

No. 4:CV-11-0368
(Judge Nealon).

# ORDER

Now, This _____ day of _____, 2011 upon Consideration of the Plaintiff's motion in Opposition of defendants motion for Summary judgment. It Is Hereby Ordered that the motion be dismissed for defendants, and Plaintiffs motion in Opposition be Granted. And that any respose from the defendants to Plaintiff's motion's, shall be deemed frivolous, lacking in probable cause, And not taken in good faith.

William J. Nealon
United States District judge

Inmate Name: Norman J. Shelton
Register Number: 45969-066
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

RECEIVED
SCRANTON
OCT 24 2011
PER _____ DEPUTY CLERK

"Legal Mail"

10/9/11

United States District Court
William J. Nealon Federal BLDG. U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, Pa. 18501-1148