United States District Court
Middle District of Pennsylvania

FILED
SCRANTON

OCT 25 2011

PER _____ DEPUTY CLERK

Norman M. Shelton
Plaintiff

"VS."

No. 4:11-cv-0368
(Judge Nealon)

defendants,
Warden Bledsoe et.al

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff request that Defendants Heath, Potter, Whittaker, Raup, Galletta, Produce for inspection and copying the following documents.

1.) The complete prison records of Plaintiff central file.

2.) All written statements, originals or copies, Identifiable as reports about the incident on August 30, 2009 and Nov. 26, 2009 made by prison and civilian employees or the department of Correctionals and prisoner witness.

3.) Any and all medical records of Plaintiff's from the time of Plaintiff's incarceration in Lewisburg s.m.u. Pa. Correctional Institution through and including the date of your response to this request.

4.) Any and all rules, regulation and policies of how prison official should conduct themselves during an in-mate on in-mate assault an battery with one inmate with his hands cuffed behind his back.

Submitted
Norman M. Shelton
#45969-066
U.S.P. Lewisburg
P.O. Box 1000

(Dated 10, 23, 2011)