United States District Court
Middle District of Pennsylvania

Norman N. Shelton
    Plaintiff

"Vs"

Warden Bledsoe et. al
    defendants

No. 4:11-CV-0368
(Judge Nealon)
File 2/25/11

FILED SCRANTON
NOV - 8 2011
PER_____ DEPUTY CLERK

Plaintiff's Brief for Summary judgement
Fed. R. Civ. P. 56.(C)

## Background

On February 25, 2011 Norman N. Shelton, an inmates confined in the United States Penitentiary, Lewisburg ("U.S.P. Lewisburg"). Pennsylvania, filed the above captioned <u>Bivens</u>, action, Pursuant to 28. U.S.C. § 1331. He names as defendants five (5) employees of Lewisburg. Plaintiff raises claims of deliberate indifference to his safety and excessive use of force with regards to events surrounding an August 30, 2009 and Nov. 26, 2009 assault and battery by his cellmates. (Doc. 1, complaint).

In-addition Plaintiff generally states racial discrimination by staff and complaints of various forms of mistreatment, Including "corporal punish"). The use of restraints, harassment, and being deprived of water, lights and sleep.

   1.) Plaintiff wish to ensure that this Honorable Court clearly Understands that Plaintiff Claim are actual facts and legally supported that entitles Plaintiff to relief that he seeks in his complaint. The factual basis, of circumstances surrounding the following cases, are to support Plaintiff reasons of why Plaintiff are using them. Because of the relevantance and purpose to show the genuine facts and rules of law. (That governs the issue/claims.)    (1 of 1)

2.) Plaintiff's Constitutional rights were violated by the defendants, Heath, Potter, Raup, Whittaker, Galletta, who inflicted pain and injury to Plaintiff and who refuse to follow legislative policy, or the bureau of Prisons policy or the standards of fairness. They are following a un-written policy of hatred, corruption, and criminal acts. Defendants violated the eighth amendment towards Plaintiff. In Plaintiff argument In which he brings forth to this Honorable Court, Plaintiff use this case of [ofelix vs. M°carthy 939. f.2d 699 (Cir, 1991).

3.) As precedent to the point of the improper use of authority, where as the Carts ruled that it is not the degree of injury which makes out a violation of the eighth amendment, Rather, it is the use of official force or authority that is intentional unjustified, brutal and offensive to human dignity. The rules of law to the facts supporting of the rules of law to the facts supporting Plaintiff Claims of Genuine facts. The Components In this instant action are properly developed by the actions displayed by the defendants on August 30, 2009 and again on Nov. 26, 2009.

4.) The defendant's Heath, Potter, Whittaker, Raup, Galletta, were ineffective towards their duties of care to Plaintiff well being and the type of errors that prevailed in both of those incidents, where they applyed excessive use of force "was" inflicted on Plaintiff by the above names defendants. "Unconstitutional Conduct of employees, (see),, ,,,, Monell vs. New york City Dept. of Social Services, 436 U.S. 658, 689, (1978) and,, Pembaur vs. Cincinnati, 475 U.S. 475, 469, 479 (1986) City of Conten Ohio vs. Harris, 489. U.S. 378, 387 (1989). Plaintiff cell mates assault and battery upon him ~~~~~~~ Plaintiff Clearly violates the standard of care thats owed to all Prisoners.

(1 of 2)

5.) Defendants did not have a reasonable basis for the use of excessive force. Plaintiff hands were cuffed behind his back and he was bleeding from the face, mouth, and nose, and face down on the ground with defendants Heath, Potter, Whittacker, Raup, and Galletta assault and battery continued. Defendants illustrated deliberate indifference and prejudice against Plaintiff by committing the prohibited act of punching and slaming plaintiff on the ground face first and L.T. Heath placing her knee in the back of plaintiff's neck stopping him from breathing.

6.) The defendants actions that day, August 30, 2009, shows why their were no likelihood of a different type of outcome could have come from them. Failure to train, failure to supervise, failure to discipline In-which can and do cause violations to Plaintiff's rights and failure to follow the procedures that governs them as official for the United States of America (see), Serrano vs. Gonzales 909 f.2d 8 (1st cir 1990). an officer was found to have violated Serrano's Constitutional rights when officer neither intervened or called for help when Serrano was repeatedly stabbed by two other inmates.

7.) The defendants actions an intention were not designed to serve Plaintiff Protection from harm. The defendants, Heath, Potter, Whittaker, Raup, Galletta moved outside of the framework of policy and procedures, an the laws thats exstablished in to the foundation of this Country. The defendants have subjected Plaintiff to their own perception of what they wanted or thought to do and throw everything eles like justice out the window.

8.) In, Arnold -vs- Jones 891 F.2d 1370 (8th cir 1989) The eighth Circuit had retreated from this view explaining that prison officials act with deliberate indifference to an inmate safety when the official is present at the same time the assault-an-battery is taken place and fails to intervene or other-wise act to end the assault. And see, Williams -vs- Mueller 13 F. 3d 1214, 1216 (8th cir, 1994). The defendants had actual knowledge of plaintiff enemys from the many intervies upon Plaintiff entering this S.M.U. program at Lewisburg Pa,

Conclusion,

Plaintiff, understands that this Honorable Court has align its perception of Right and wrong and have been consistent with how the law defines it, The plaintiff looks to this Honorable Court seeking the relief set in Plaintiffs complaint (Doc.1.), And That this Honorable Court make judgment in favor of the Plaintiff for the pain and suffering that was inflicked upon him by the Defendants. And Their violation of the Constitutional Rights of all prisoner's in this land.

Submitted
Norman N. Shelton
45969-066  11/6/11
P.O. Box 1000
Lewisburg Pa. 17837

Inmate Name: Norman N. Shelton
Register Number: 45969-066
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

DATE
11-6-11

"Legal Mail"

RECEIVED
SCRANTON
NOV 08 2011
PER _____
DEPUTY CLERK

HARRISBURG PA 171
07 NOV 2011 PM 1 L

United States District Court
middle District of Pennsylvania
william J Nealon federal bldg, U.S. courthouse
235 North Washington Ave
P.O. Box 1148
Scranton Pa. 18501-1148