United States District Court
Middle District of Pennsylvania

FILED
SCRANTON
DEC 0 1 2011
PER M.E.
DEPUTY CLERK

Norman N. Shelton
Plaintiff

"vs"

Warden Bledsoe et.al
defendants

Case No. 4:11-cv-0368
(judg Nealon)

## Affidavit in Support to Plaintiff Summary Judgment

Norman N. Shelton, Affidavit under penalty of perjury,

1.) I am the Plaintiff in the above entitle case, In I make this affidavit in support to Plaintiff's motion for Summary judgment on my claim concerning the use of force against Plaintiff by defendants Heath, Potter, Whittaker, Raup, Galletta,

2. In order to show the strength in Plaintiffs genuine facts and issues plaintiff provide the truth, Plaintiff followed the rules and procedures and guidelines, In reporting a human rights violation along with a constitutional violations. By filing administrative documentation to the warden, Regional office, and central office. and then this Honorable Court, The defendants lawyer's have been fighting with Plaintiff tooth and nailes, And wish to mislead this Honorable Court by saying that the defendants did not violate the constitutional rights of the Plaintiff. But the defendants lawyers never stopped and said wait, we will give all the defendants a polygraph test to show they speak the truth? Nor did the defendant lawyer's bring a camera into this Institution to take pictures of Plaintiff's wounds on his body that are still theirs, to show this Honorable Court that Plaintiff stated a on truth? Plaintiff have the wounds and marks to show. Plaintiff mailed in blood bandages to show he was not fabricating a lie.

(1 OF 1)

3.) Plaintiff reached out to seek help and relief from this Honorable Court and the Intervention thats need from this Honorable Court to Stop the Cruel and unusual punishment that have been and continue to be inflicted upon Plaintiff by the defendants, in this case. This Honorable Court learn the truth by gathering evidence and reading over the documentation mailed in by the Plaintiff. Plaintiff brought this complaint to the attention of this Honorable Court to receive the action according to the urgence of the situation and the capacity to acknowledge the un-fair treatment that was committed by the named defendants in this Case, (Upon the Plaintiff).

4.) This Honorable Court did not in no way make an error in its judgment upon defendants motion for Summary judgment and motion to dismiss and rule it to be as moot. Nor did this Honorable Court make a mistake and keeping the remaining five defendants on this Instant Case. The Plaintiff would also like to bring to the attention of this Honorable Court, that defendants lawyer are not only doing their very best to hide or cover up the abuse of the defendants authority and the violation's they committed under the scope of their employment. But they (defendants lawyer) are also stating to Plaintiff that they are also going to abuse their authority. (see exhibit ①).

5.) This Honorable Court have given defendants lawyer's Enlargments of time over and over again, Plaintiff as for his first set of " " " Interrogatories documents and discovery in which is his right to, but the defendants lawyer dont think so and they say it, in their letter to Plaintiff. where is the justice from those who suppose to give it?

Disscussion,

6.) Plaintiff filed a motion for reconsideration (Doc 74), on 8/22/11 and have not receive any notice of the judgment (nor) the other motions that Plaintiff have filed, like his motion for Preliminary Injunction 16 motion enter 9/6/11 Plaintiff have not received notice from this Honorable Court Granting defendants Enlargment of time or denying it. The defendants that are still working here are making sure that Plaintiff stays in the dark about whats is really taking Place with this case. The only way Plaintiff gets to know what taking Place is from the docket Sheet thats why Plaintiff keep requesting them.

Conclusion,

7.) Plaintiff pray to GOD, that this Honorable Court rules in favor of Plaintiff motion for Summary judgment, Do to the fact that everything Plaintiff stated is true and correct and it did happen. Judg Nealon the people of the United States of America did not appoint you to the bench for no reason, you have the knowledge and wisdom to see and recognize the In-justice inside a case and bring forth the relief that would give justice back to the one whose constitutional right were violated.    May GOD Bless you!

8.) Plaintiff would like to know if this Honorable Court will release the documents of the 16 teen defendants that were stricken from the record? Plaintiff will send a stamped envelop to the Clerk of Courts upon receiving notice to do so by this Honorable Court.

Certificate of Service

I Norman M. Shelton Declare under penalty of perjury that the following is true and correct to the best of my understanding. I've placed in the mail the enclosed documents to the following addresses,

To:
United States District Court
middle District of Pennsylvania
William j Nealon Federal BlDG-US. Courthouse
235 North washington Avenue,
 P.O.Box 1148
 Scranton Pa. 18501-1148

\# P.S.
Exhibit attached.
 ①

and
Ronald Reagan Federal building
Suite 220
 228 walnut st,
 P.O.Box 11754
 Harrisburg, Pa. 17108-1754



**U.S. Department of Justice**

*Peter J. Smith*
*United States Attorney*
*Middle District of Pennsylvania*

---

*William J. Nealon Federal Building*
*Suite 311*
*235 N. Washington Avenue*
*P.O. Box 309*
*Scranton, PA  18503-0309*
*(570) 348-2800*
*FAX (570) 348-2037/348-2830*

*Ronald Reagan Federal Building*
*Suite 220*
*228 Walnut Street*
*P.O. Box 11754*
*Harrisburg, PA  17108-1754*
*(717) 221-4482*
*FAX (717) 221-4493/221-2246*

*Herman T. Schneebeli Federal Building*
*Suite 316*
*240 West Third Street*
*Williamsport, PA  17701-6465*
*(570) 326-1935*
*FAX (570) 326-7916*

Please respond to:   <u>Harrisburg Office</u>

November 14, 2011

Norman L. Shelton
Reg. No. 45969-066
USP Lewisburg
PO Box 1000
Lewisburg, PA 17837

     Re:    <u>Shelton v. Bledsoe, et al.</u>
             M.D. Pa. Civ. No. 4:CV-11-0368
             Discovery Request

Dear Mr. Shelton:

     This letter is to advise you that our office received your First Request for Production of Documents. However, we have been advised by counsel in your related case, <u>Shelton v. Kane, et al.</u>, M.D. Pa. Civ. No. 3:CV-11-1618, that it is likely you will file a stipulation of voluntary dismissal in this case. Accordingly, <u>we do not intend to respond to your discovery request at this time. In the event a response is required, Defendants object to all your requests as vague and overly burdensome.</u>

                                  Sincerely,

                                  PETER J. SMITH
                                United States Attorney

                                Michael J. Butler
                                Assistant United States Attorney

PJS:MJB:all