United States District Court
Middle District of Pennsylvania

FILED
SCRANTON
DEC 0 1 2011
PER M.E.T
DEPUTY CLERK

Norman N. Shelton
    Plaintiff,

" vs "

No. 4:11-cv-0368
(judg Nealon)

Warden Bledsoe et at — defendants

## Motion in Opposition For Defendants Motion for Enlargment of time.

Plaintiff herein above case, move this Honorable Court for an Opposition and denied, Defendants motion for enlargment of time, pursuant to Fed. R. Civ. P. 6(b). In response to Plaintiff motion for Summary judgment.

1.) On February 25, 2011 Norman N. Shelton, an inmate confined in the United States penitentiary, Lewisburg ("USP. Lewisburg"). Pennsylvania, filed the above captioned Bivens, action, pursuant to 28 U.S.C. §1331. Plaintiff names as defendants five (5) employees of U.S.P. Lewisburg. Plaintiff raises claims of deliberate indifference to his safety and excessive use of force with regards to events surrounding an August 30, 2009 and nov, 26, 2009 assault and battery upon him by his cellies. In addition plaintiff generally states racial discrimination by staff and complains of various forms of mistreatment, Including "corporal punishment", The use of restraints, harassment and being deprived of water, lights and sleep.

2.) Presently before this Honorable Court are defendants motion for enlargment of time. And for the following reason the defendants motion should be dismissed.

continue,
"The defendants have ignored the time fram In-which to answer a motion filed by Plaintiff, an (nor) did the defendants comply with providing Plaintiff with the Interrogatories, discovery documentation. The defendant are abusing their request for enlargment of time In-which this Honorable Court have been sufficient and its reply.

3.) This Honorable Court have exercise its discretion to the enlargment of time requested by the defendants lawyers who are abusing it to the point ~~were~~ where it is creating a substantial and unreasonable delay and these proceedings, In-which to ensure that litigation is resolved without undue cost (or) delay. The unsupported facts and claims made by the defendants should be dismissed.

Conclusion,
   The defendants have everything one could ever want at their finger tips. Time, money, Computers, secretarys, and researches and other litigators. Plaintiff moves this Honorable Cart to dismiss defendants request for motion of enlargment of time to respond to Plaintiff motion for Summary judgment! For their **abuse** to obstruct and delay. these **proceedings**.

## Certificat of Service

I Norman N. Shelton #45969-066 declare under penalty of perjury that the following is true and correct to the best of my understanding. That I've mailed enclosed motion to the following addresses,

TO
United State District Court
William J. Nealon Federal BLDG, U.S. courthouse
235 North Washington Avenue, P.O.Box 1148
Scranton Pa. 18501-1148

(and) Ronald Reagon Federal building
Suite 220
228 Walnut St
P.O.Box 4754
Harrisburg Pa. 17108-1754

(1 OF 2)

Inmate Name: Norman V. Shelton
Register Number: 45969-066
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

NOV 29 2011

"Legal Mail"

HARRISBURG PA 171
28 NOV 2011 PM 5 T

Office of the Clerk
United States District Court
William J. Nealon Federal Bldg, US Courthouse
235 North Washington Avenue,
P.O. Box 1148
Scranton Pa. 18501-1148

RECEIVED
SCRANTON
DEC 01 2011
PER _____ 
DEPUTY CLERK
mctt 11/27/11