United States District Court
Middle District of Pansylvania

Norman N. Shelton
     Plaintiff

"vs"

        defendants,
Warden Bledsoe et.al.

Case No: 4:11-cv-00368
(Judg Nealon)

FILED SCRANTON DEC 0 8 2011 PER ___ DEPUTY

Affidavit In Support of Plaintiff Complaint,
(Under penalty of purjury, the following is true and correct)

Background

1.) On February 25, 2011 Norman N. Shelton, an inmate confined in the United States Penitentiary, Lewisburg ("U.S.P. Lewisburg"), Pennsylvania, filed the above captioned Bivens, action, Pursuant to 28 U.S.C. §1331. Plaintiff names as defendants five (5) employees of U.S.P. Lewisburg. Plaintiff raises claims of deliberate indifference to his safety and excessive use of force with regards to events surrounding an August 30, 2009 and Nov. 26, 2009 assault upon Plaintiff by Plaintiff cellies,

2.) In-addition Plaintiff generally states racial discrimination by staff and complains of various forms of mistreatment, Including Corporal punishment, the use of restraints, harassment, Including being deprived of water, lights, and sleep.

Discussion,

3.) Presently before this Honorable Court are Plaintiff motion for Summary judgment. Plaintiff talked with his lawyer's on Plaintiff Class action suite, Plaintiff (do not in no way) want to dismiss (this) case. Plaintiff do not want the defendants to get away with what they done to him, Nor do Plaintiff want them to be dismissed as to depriving Plaintiff of water, lights, and sleep. Plaintiff lawyer's want to make a court appearance "stating" Plaintiff want to dismiss this Pro-se case. "No" Plaintiff do not want to dismiss. this case

4.) Plaintiff want to thank this Honorable judg Nealon, for not giving Plaintiff appointment of attorney. Because of that Plaintiff learn to do what was needed to litigate and study hard. I thank you so much Honorable judg Nealon, May GOD Bless you.

5.) Plaintiff do not want to dismiss the pain, and suffering that they had inflicked upon him. or the wounds and marks he have still on his body. In-addition Plaintiff dont want to dismiss the time this Honorable Court time and reviewing the genuine issues and facts, of this case to be all for nothing, Plaitiff wrote a letter to his lawyer's stating he do not want this case dismiss whatsoever.

Conclusion,

Plaintiff thanks this Honorable Court for not allowing this case to be dismissed.

Certificate of Service

Under the penalty of perjury, Plaintiff state the following to be true and correct to the best of his knowledge, that he placed this Affidavit In the mail box to be mail to the following address.

office of the Clerk
United States District Court
William J. Nealon Federal BIDG, U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton Pa, 18501-1148.

P-S/ Clerk of Courts, Please send me a docket sheet of this case
Thank you.

Inmate Name: Norman A. Shelton
Register Number: 45969-066
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

RECEIVED
SCRANTON
DEC 0 8 2011
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

HARRISBURG PA
05 DEC 2011 PM

Office of the Clerk
United States District Court
William J. Nealon Federal Bldg., U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, Pa. 18501-1148

18501$1148

"Legal Mail"