Dear Clerk of Courts,

\#Case 4b/ Hill-cv-00368

Could you please mail me a docket sheet of the above Pending case.

(12/7/11)

Norman M. Shelton
#45969-066
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg Pa. 17837

FILED
SCRANTON
DEC 09 2011
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK