# United States District Court
# Middle District of Pennsylvania

Norman N. Shelton,
    Plaintiff,

"vs"

        defendants,
Warden Bledsoe

No: 4:11-CV-00368
(Judge Nealon)

FILED
SCRANTON
DEC 13 2011
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## Motion for Reconsideration and [Local Rule 7:10] Reargument

### Background.

On February 25, 2011 Norman N. Shelton, an inmate confined in the United States Penitentiary, Lewisburg ("USP-Lewisburg"). Pennsylvania, filed the above-captioned **Bivens** action, pursuant to 28 U.S.C. §1331. Plaintiff names as defendants five (5) employees of USP Lewisburg. Plaintiff raised claims of **deliberate indifference** to Plaintiff safety and excessive use of force, with regard to events surrounding an August, 30, 2009 and Nov. 26. 2009 assault and battery upon Plaintiff by Plaintiff cellie.

And claims regarding his resulting medical care (Doc.1, complaint). In-addition, Plaintiff generally alleged racial discrimination by staff and complained of various forms of mistreatment, Including "corporal punishment." the use of restraints, harassment, and being deprived of water, lights and sleep.

1.) Before this Honorable Court is Plaintiff reconsideration motion seeking to move this Honorable Court for relief only this court can provide to plaintiff to remove and reverse lawyers appearance before this Honorable Court and motion to dismiss Plaintiff pro-se case above. Plaintiff objects to lawyers making an appearance and motion to dismiss, surrounding events, Plaintiff mailed them a handwritten letter stating he want to continue with his-

2). Pro-se case. Plaintiff lawyer's abused his trust and violated it. Plaintiff do not in a no way wish to dismiss defendants Heath, Whittaker, Raup, Potter, Galletta, from the excessive use of force they inflicted upon Plaintiff, Nor do plaintiff wish to dismiss them from the pain and suffering they caused to plaintiff, Plaintiff do not wish to allow defendant's to get away with the un-constitutal violations that they committed towards Plaintiff,

3). Upon this Honorable Court. If any part of the tripod of justice is weak or fails to satisfy their individual functions, the tripod of justice loses its satability. Collapses and fails to produce a reliable result which is the ultimate goal of receiving justice. For the in-justice that was inflicted upon plaintiff by the hands of the defendants. (see), Hudson v. McMillian, 503 U.S. 1,6, 112 S.ct 995, 998, 117 L.Ed.2d 156, 165 (1992). and see, Farmer v. Brennan, 511 U.S. 825, 834, 114 S.ct, 1970 1977, 128 L.Ed 2d 811, 823 (1994).

Conclusion,

This Honorable Court met its duties and responsibilitys in-addition to allowing the first four (4) pages of Plaintiff first amendment complaint remain stating Plaintiff will proceed as of record [Doc. 58. pp 1-4). Abrams, V. Hunter, 910 F. Supp. 620, 624-25 M.D. Fla 1995).

Inmate Name: Norman Shelton
Register Number: 45969-066
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

RECEIVED
SCRANTON
DEC 13 2011
Per _____
MARY E. D'ANDREA, CLERK
DEPUTY CLERK

Legal Mail

U.S. DEC 10 2011

HARRISBURG PA 170
12 DEC 2011 PM 7 L

Office Of the Clerk
United States District Court
William J. Nealon Federal Bldg. U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, Pa. 18501-1148

18501$1148