UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORMAN SHELTON, | : |
| Plaintiff | : No. 3:CV-11-0368 |
| vs. | : (Judge Nealon) |
| WARDEN BLEDSOE, et al., | : |
| Defendants | : |

### ORDER

**AND NOW, THIS 15th DAY OF DECEMBER, 2011,** upon consideration of Defendants' motion to exceed the fifteen (15) page limit as permitted by M.D. Pa. Local Rule 7.8, **IT IS HEREBY ORDERED THAT** Defendants' motion (Doc. 118) is **GRANTED**. Defendants' brief in support of their motion for summary judgment, shall not exceed thirty-five (35) pages.

_____
**United States District Judge**

FILED
SCRANTON
DEC 15 2011
PER _____
DEPUTY CLERK