UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORMAN SHELTON, | : |
| Plaintiff | : No. 3:CV-11-0368 |
| vs. | : (Judge Nealon) |
| WARDEN BLEDSOE, et al., | : |
| Defendants | : |

### ORDER

**AND NOW, THIS 15th DAY OF DECEMBER, 2011,** upon consideration of counsel's December 1, 2011, notice of appearance on behalf of Plaintiff, (Doc. 112), **IT IS HEREBY ORDERED THAT** Plaintiff's motion for appointment of counsel (Doc. 93) is **DISMISSED** as moot.

_____
**United States District Judge**

FILED
SCRANTON
DEC 15, 2011
PER _____
DEPUTY CLERK