UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

NORMAN SHELTON, :
:
    Plaintiff : No. 3:CV-11-0368
:
vs. : (Judge Nealon)
:
:
WARDEN BLEDSOE, et al., :
:
    Defendants :

## ORDER

**AND NOW, THIS 15th DAY OF DECEMBER, 2011,** upon consideration Defendants' motions for enlargement of time within which to file a brief in support of their motion for summary judgment (Docs. 102, 107), **IT IS HEREBY ORDERED THAT** Defendants' motions for enlargement of time (Docs. 102, 107) are **GRANTED**. Defendants may file their brief in support of their motion for summary judgment on or before December 15, 2011.

                                                      */s/ William J. Nealon*
                                                **United States District Judge**

FILED
SCRANTON
DEC 15 2011
PER _____
DEPUTY CLERK