AO 450 (Rev 5/85) Judgment in a Civil Case

## UNITED STATES DISTRICT COURT
### Middle District of Pennsylvania

Norman N. Shelton
        Plaintiff

JUDGMENT IN A CIVIL CASE

V.

Warden Bledsoe, et al.

        Defendants

CASE NUMBER: 4:11CV0368

FILED SCRANTON FEB 1 4 2012 PER _____ DEPUTY CLERK

[ ] **Jury Verdict.** This action came before the Court for a trial by jury.

[X] **Decision by Court.** This action came to trial or hearing before the court.
The issues have been tried or heard and a decision has been rendered on February 14, 2012.

   IT IS ORDERED AND ADJUDGED that SUMMARY JUDGMENT be and hereby is entered in favor of the Defendants, and against the plaintiff Norman N. Shelton on all claims.

2/14/12 Date

MARY E. D'ANDREA
_____
Clerk

*Anne Oswald*
**Deputy Clerk**