UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-1532
_____

NORMAN SHELTON,
                      Appellant

v.

WARDEN BLEDSOE; A. W. YOUNG; CAPTAIN TRATE; S.I.A. PERRIN; S.I.S.
LIEUTENANT HEATH; LT. SCAMPONE; LT. EDENGER, LT; A. W. HUDSON; LT.
HARPER; LT. HEPNER; LT. JOHNSON; C/O ZEIDER; C/O GRENOT;
C/O HUMMER; C/O WHITTAKER; C/O WERT; C/O HORNBURGER; C/O
STUGARD; C/O BUFF; C/O CAMBEE; C/O MUFFAT; C/O CARPENTER;
COORDINATOR NEVIL; MAILROOM SUPERVISOR OLSHESKIE; MEDICAL
LADISTIC; FRANCIS FASCIANA, MLP; C/O WEBB; BERKOSKI, CASE
MANAGER; C/O VEGH; C/O HAMILTON; C/O DEITZ; CASE MANAGER
HAMILTON; RAUP, CORRECTIONAL OFFICER; GALLETA, LIEUTENANT;
POTTER, MEDICAL EXAMINER
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil Action No. 4-11-cv-00368)
District Judge:  Honorable William J. Nealon
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
March 13, 2013
Before:  AMBRO, HARDIMAN and ROTH, <u>Circuit</u> <u>Judges</u>
_____

**JUDGMENT**
_____

    This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on March 13, 2013.  On consideration whereof, it is now hereby

     ORDERED and ADJUDGED by this Court that the judgment of the District Court entered February 14, 2012, is reversed in part and affirmed in part.  It is reversed with respect to Appellant's excessive use of force claim against the Appellees.  In all other respects, the judgment of the District Court is hereby affirmed.  The parties to bear their own costs.  All of the above in accordance with the opinion of this Court.

                                             ATTEST:

                                             /s/Marcia M. Waldron
                                             Clerk

Dated: April 23, 2013