# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**NORMAN SHELTON,**                    :

    **Plaintiff**                        :

             **CIVIL ACTION NO. 3:11-0368**

    **v.**                              :

             **(JUDGE MANNION)**

**WARDEN BLEDSOE, <u>et</u> <u>al</u>.,**            :

    **Defendants**                       :

## <u>ORDER</u>

For the reasons stated in the court's memorandum, the Plaintiff's motion for protective order, (Doc. 220), is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: March 21, 2017**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2011 MEMORANDA\11-0368-01-ORDER.wpd